

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Tamika S. Howard )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
Waste Management of )
Illinois, Inc., Omar Godinez, )
Elisa Smith, Jamie Clay, )
(Name of the defendant or defendants) )
Nicole Overton, Sarah Schulteman

**RECEIVED**

NOV 07 2022 *AK*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CIVIL ACTION

**1:22-cv-06175**
**Judge John F. Kness**
**Magistrate Judge Jeffrey Cole**
**RANDOM**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is   Tamika S. Howard                           of the

county of   Cook                  in the state of   Illinois       .

3. The defendant is   Waste Management of Illinois, Inc.      , whose

street address is   700 E. Butterfield Rd, 4th floor             ,

(city) Lombard  (county) DuPage   (state) Illinois   (ZIP) 60148

(Defendant's telephone number)   (800) - 796 · 9696

4. The plaintiff sought employment or was employed by the defendant at (street address)

  700 E. Butterfield Rd, 4th Floor   (city) Lombard

(county) DuPage  (state) Illinois  (ZIP code) 60148

5. The plaintiff [*check one box*]

   (a) ☐     was denied employment by the defendant.

   (b) ☐     was hired and is still employed by the defendant.

   (c) ☑     was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

        (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☑ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

     (i)    ☑ the United States Equal Employment Opportunity Commission, on or about (month) May (day) 4ᵗʰ (year) 2018.

     (ii)    ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.    ☐ YES.    ☑ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

        (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐     Yes (month)_____ (day)_____ (year) _____

☐     No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month) August

(day) __9__ (year) __2022__ .

(c)    Attached is a copy of the

     (i) Complaint of Employment Discrimination,

     ☑ YES    ☐ NO, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

     ☑ YES    ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

     (a) ☐   the United States Equal Employment Opportunity Commission has not issued

     a *Notice of Right to Sue.*

     (b) ☑   the United States Equal Employment Opportunity Commission has issued a

     *Notice of Right to Sue*, which was received by the plaintiff on

     (month) August (day) 9 (year) 2022 a copy of which

     *Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only*
*those that apply*]:

     (a) ☐   Age (Age Discrimination Employment Act).

     (b) ☑   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14.    *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff *[check only those that apply]*

    (a)    ☐ Direct the defendant to hire the plaintiff.

    (b)    ☑ Direct the defendant to re-employ the plaintiff.

    (c)    ☑ Direct the defendant to promote the plaintiff.

    (d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)    ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)    ☐ Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Tamika Howard_

(Plaintiff's name)

Tamika Howard

(Plaintiff's street address)

5041 Bennett St

_____

(City) Matteson (State) IL (ZIP) 60443

(Plaintiff's telephone number) (708) – 664-0096

Date: Nov 7th, 2022

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL 60604
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Chicago Direct Dial: (312) 872-9777
Administration Fax: (312) 588-1255
Enforcement/File Disclosure Fax: (312) 588-1260
Website: www.eeoc.gov

August 9, 2022

SENT VIA EMAIL: tammycherry80@icloud.com
Tamika Howard
5041 Bennett Street
Matteson, IL 60443

## COPY OF DISMISSAL AND NOTICE OF RIGHTS

Re: Howard v. Waste Management 440-2018-04987

Dear Ms. Howard:

On July 17, 2019, the Equal Employment Opportunity Commission (EEOC) issued a Dismissal and Notice of Rights in this matter via US mail. Please find a copy of that document enclosed along with this letter. You have advised this office that you never received the dismissal documents. Please be advised that you have a ninety (90) day period upon receipt of a notice of right to sue to file in federal court.

If you have any questions, please contact me at robert.shelton@eeoc.gov

Sincerely,

ROBERT
SHELTON

Digitally signed by
ROBERT SHELTON
Date: 2022.08.09
14:15:24 -05'00'

Robert Shelton

Enforcement Supervisor

Enclosure

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tamika S. Howard<br>3520 Birchwood Drive<br>Hazel Crest, IL 60429 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
| --- | --- | --- | --- |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 440-2018-04987 | Robert Shelton,<br>Investigator | (312) 872-9725 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman*

**Julianne Bowman,**
**District Director**

7-17-19
*(Date Mailed)*

Enclosures(s)

cc:
Kimberly Stith, Esq.
VP & General Counsel- Employment Law & Benefits
WASTE MANAGEMENT
1001 Fannin Street
Houston, TX 77002

**WM WASTE MANAGEMENT**

## CORRECTIVE ACTION & WARNING DOCUMENT

| Employee Name: | **Tamika Howard** | Employee ID: **192518** | | Date: | **04/25/2018** |
|---|---|---|---|---|---|
| Title: | **ICR** | Work Location: | **Lombard, IL** | | |

Verbal ☐ Written ☐ Final Written Written ☒ Termination

Type of Violation:

☒ Performance (customer service, carelessness, unsatisfactory work quantity or quality, etc.)

Description of Performance/Behavior:

Situation:

As a Inside Commercial Representative, Tamika Howard is responsible for closing new customer sales utilizing a consultative selling approach. She is responsible for maintaining current customers by utilizing creative problem solving and negotiation skills to resolve customer issues. Additionally, as a Inside Commercial Representative, Tamika is expected to meet sales goals, overall call center objectives and enhance the customer service experience while working to exceed all customers' expectations.

Each month ICR associates are provided a Temp sales goal that should be attained. We spoke August 2017, November 2017, and February 2018. You have not met sales goals year date 2018.

| Month | Temp (Sales) Goal | Total Tamika Sold | Amount of goal missed |
|---|---|---|---|
| March 2018 | $31,478 | $15,726.17 | -$15,751.83 |
| February 2018 | $27,331 | $6335.28 | -$20,995.72 |
| January 2018 | $23,958 | $11,147.51 | -$12,810.49 |
| December 2017 | $20,336 | $15,345 | -$4,911 |
| November 2017 | $32,176 | $15,065 | -$17,111 |
| October 2017 | $29,359.00 | $24,379.17 | -$4,979.83 |
| September 2017 | $27,720 | $28,260 | +$530 |
| August 2017 | $23,110.39 | $16,153.35 | -$6,957.04 |
| July 2017 | $32,648 | $16,375.79 | -$16,272.21 |

Desired Actions and Expected Results:

Due to not meeting sales goals we are terminating your employment with Waste Management effective immediately.

**Your signature below indicates that you understand the information that has been discussed with you.**

_refused to sign_                                    4-25-2018
Employee Signature  *(not required for Verbal Counseling)*          Date

_Sarah J. Schwizmer_                                4-25-2018
Supervisor Signature                                Date

_____                          _____
Other Signature                                     Date

My name is Tamika Howard (Plaintiff) and I am filing a wrongful termination against former employer Waste Management of Illinois, Inc. (Defendant). The charges filed for violating my Civil Rights, discrimination of employment due to a Disability the provisions of the Title VII of The Rights Act of 1964, retaliation/Whistleblowing, Americans with Disability. *The Civil Rights Act of 1991 (Pub. L. 102-166) (CRA) and the Lily Ledbetter Fair Pay Act of 2009 (Pub. L. 111-2) amend several sections of Title VII. In addition, section 102 of the CRA (which is printed elsewhere in this publication) amends the Revised Statutes by adding a new section following section 1977 (42 U.S.C. 1981), to provide for the recovery of compensatory and punitive damages in cases of intentional violations of Title VII, the Americans with Disabilities Act of 1990, and section 501 of the Rehabilitation Act of 1973.* Waste Management failed to honor my request of reasonable accommodations due my disabilities, was continuously harassed by members of management (Jamie Clay, Elisa Smith, and Omar Godinez), violated HIPPA Rights to protect my personal and medical information and records, and unfair pay. I believe I have been discriminated against due to my disability, my sex, and my race and this lead to my termination.

I was hired at Waste Management at 1411 Opus Pl, Downers Grove, IL 60515 on January 22, 2007 and later relocated at 700 E Butterfield Rd, 4th Floor, Lombard, IL 60148 in the County of DuPage. I was a customer service representative II / back up lead in the residential customer service department until promoted to the Inside Commercial Representative the spring of 2014. During this time I lived at 3520 Birchwood Dr., Hazel Crest, IL 60429 in the County of Cook. I was offered my new role as an Inside Commercial Rep with the old ICR Manager Vaughn and Jamie

Clay I was told that because of my experience with the company I was required to still take calls for the residential department and escalation calls, and when needed to help on the escalation que. I expressed my dismay then with the management team that it was unfair that I still had to carry both position while still trying to meet my sales goals. Although I had concerns earlier with the company's HR personnel Lisa Meany with signaling out African American women such as myself to dress code, I didn't begin to have serious problems or complaints until I had learned of my HIV status in June of 2014. I had learned of my status after deciding to have an abortion. I was devastated by this news, I was not the "type" of women this is supposed to happen to. Like every other trial & tribulation in my life I prayed on it & tried to work through my emotions. I had recently lost my younger brother who was beaten and shot (killed) in front of our home, about 6 months to a year prior lost my step father (raised me) to prostate cancer. I had hit a brick wall & this was a little more for me to bare, so I took about 1-2 weeks off, but I immediately went to speak with my supervisor Sarah Schuiteman and lead Angela Lincoln at the time to let them know what was going on with me. It wasn't like me to take so much time off of work & I knew I was going to need time to just get through the day. In the meeting I did ask if there was any way the company could make an exception for me to be an at home representative and like at my meeting with Vaughn & Jamie Clay I again was told that the company was trying to eliminate this type ,of position or would not offer it to anyone else.

I immediately began taking medication and meeting with a Therapist (Robert Truman), I was sick all the time, flu, colds, nauseous, diarrhea, vomiting, extremely sleepy, rashes, excessive itching & sweeting, dizzy spells, passing out, body aches, forgetfulness and panic/anxiety

attacks. There were times Sarah Schuiteman herself would have to come to help me from passing out at my desk.

October 14, 2014

Approximately at 9:17 am I was approached by Elisa Smith (ICR Manager) & she asked me why was I wearing a scarf on my head? I explained that I was sweeting from my head and just had a panic attack, so I was flushed and that the air vent that was right above my desk was blowing cold air down on me. Elisa began to say how unprofessional this was to the point she laughed and called me ghetto.

A few hours later Jamie Clay (Call Center Supervisor) walks by my desk to verify if I still was wearing the scarf.

October 15, 2014

When I came in for work I asked Sarah if I could speak with her about the incident that took place the day before. I had expressed my discomfort, how Elisa made me feel embarrassed, self-conscious, and definitely uncomfortable. I again asked if there was any way I could have an at home position. Sarah again explained the company was not offering this as an options. I asked if Elisa had the right to tell me I could not wear my scarf & asked why it was okay that Denise (Hispanic coworker in the same department who had cancer). She suggested that I speak with HR.

At my lunch or break I went to speak with HR (Nicole Overton) to discuss the conversation I had

with Elisa and disclosed my illness. I also told Mrs. Overton that I was uncomfortable and

informed her I was told by both managers I could not have an at home position.

Thurs 29th 2015

During a morning meeting/huddle Jamie Clay Call Center Supervisor) and Daniel Kelly (Lead)

made a joke to the team on the discussion of overall quality "Tamika actually does a good job

and actually works when she comes to work. They laughed. Witnesses Nancy Van Diggelen,

Kristol Benson, Cindy Hardy).

Later that day, I went to visit HR to again disclose my discomfort that my leadership team

would find humor in my absence. She explained she would speak with the leadership team and

to stress the importance that we all are being empathic to others personal situations. She said

that she would be looking into putting together a training on the subject.

May 19, 2015

At 10:18 am I was in the restroom, I had just walked out of the stall and on my phone. Elisa was

coming in the door, Elisa approached me very aggressive, speaking in a very unprofessional

manner and tone, she was upset I was in the restroom because there were calls in the que. I

followed her out & returned to my desk to no calls in the que.

During my lunch I spoke to Nicole (HR) to discuss this incident and my concerns (discomfort).

Nicole as always apologized and assured me she would discuss this matter with her supervisor

(Jamie Clay).

After this my breaks were closely monitored, I then would have to inform my supervisor or lead when I went on breaks or possibly need to take longer bathroom breaks).

July 28, 2015 @ 2:15PM

Jamie Clay Lync (instant message) me to come to his office to discuss a call and operation protocol. We also discussed a few process & procedure for tickets and I was able to explain my concerns, with inner office disputes and working as a team, stress factors (Elisa Smith). I asked Jamie if I could have an at home position due to stress and medical issues. I again was told no.

September 1, 2015, @ 9:02 am

Elisa interrupts my call to ask a question about Talent Management. Again she was very rude & unprofessional. (Possible email).

January 22, 2016

I receive a write up for my attendance, but she later comes back and tells me she will waive it because she failed to issue after the last tardy on 12/9/2015. She also gives me a print out of my attendance that also disclose or labeled that I had applied for STD/FMLA on 8/5/2015. (email provided)

February 4, 2016

Elisa gives me a FINAL WRITTEN for not following WM Policy or Code of Conduct (unethical actions, theft, unsafe working practice, etc.) I called off and only spoke to the supervisor. But no record that I also called TOPS to notify that I would not be coming to work.

I do not remember if I called Tops, I believe I did but I did not contest this.

I also learn from Brenda Ford that there was a Fax received for my FLMA/CIGNA case & she did not want anyone else to see it (It was sent to an open fax, meaning the entire Digital Representative Department has access to open any fax & view the nature or content). This information disclosed my HIV Status. I immediately complained Donna Bielak/ Jackey Gomez & HR.

August 24,02017

I had a meeting with Sarah Schuiteman to receive a VERBAL WARNING for poor performance (not meeting my sales goals).

I disputed that I did not believe it was fair that I am penalized for not making my sales goal when I was still taking residential calls. She advised me she understood my concerns & would look into me not having to take the calls any longer. Later I was told I no longer had to take the residential calls unless they turned into temp sales. Yet at times leadership would still gate my calls with residential calls,

Gate my calls mean that the leadership team are able to program or set what type of calls individual representatives receive. I usually was set as service, billing, sales (prioritized in this order how I would receive my calls) I was likely to be as a low priority to received sales calls vs

other representatives. Somewhere in there I would also be gated to also get residential calls.

Typically Residential calls took longer.

January 24, 2018

There was a really bad snow day and the team was curious if we were going to receive a point

for being late. So I asked Omar Godinez (Call Center Supervisor) by email and received a

response back "Do You ever get points though?"

I replied, LOL, Sir I have an entire folder, there is no 0discriminationon points."

About February 12, 2018

I had returned from a vacation (the first week vacation that I had ever taken while working at

Waste Management). I had a meeting with Sarah Schuiteman whom had informed me that

Omar Godinez (New Call Center Supervisor, Hispanic Male) was very unhappy that I took a

vacation when my sales where not meeting goal. I disputed the fact that the company has to

preapprove vacation time and the fact that for the past 4-8 months a lot o0f people weren't

meeting their sales goals due to various reasons.

I was later called into a meeting with Sarah Shcuiteman and Omar Godinez to discuss my sales

goals and Omar's dismay with my status. He was very clear that if I continues to go on the same

path with my attendance and sales that I would not have a job.  His exact words were I don't

care about your personal or family issues, at the end of the day this is a business and we are

here to bring in revenue." He mentioned that by me cutting my hours for to attend school and

appointments, I was still responsible for meeting my sales goals. He mentioned that perhaps

"sales" o-was not my thing or strong point and that we should consider me going to another position within the company. He asked where did I see myself with Waste Management. I mentioned Special Waste, National Accounts, or Retention. Then he said well because you have write ups that isn't an option at this point.

I explained that I understood what he was saying but I cannot help my illness nor can control somethings & that I would do my best to self-manage it as well as my time. I explained when I asked to change my shift I was denied (although I have been with the company 11.5 years shift are not based on seniority). I also was told I could not take 1 or 2 hours of FMLA but I was required to take 4 or 8 hours at a time, this forces me to miss time not needed for my appointments or etc... And forces me to exhaust my personal and vacation time, I told him that I try to manage my appointments best so that I do not have to miss so much work. Most of my time off is VTO (unpaid time off given by a supervisor or lead in order for the company to cut cost). However my daughter's case was a little more sensitive (my 12yr old daughter had been rapped).

**Commented [A1]:**

After this conversation with Sarah Schuiteman and Omar Godinez, I began to be called into coaching meeting with Sarah Schuiteman almost every day, complaints or things that were founded that I had done or lack of thereof. There were opportunities/errors that were months ago or things that were entirely my fault. My team members had even noticed that I was being targeted. I was walking into meeting that displayed my calls to point out my flaws/errors. To the point Sarah Schuiteman broke down in tears. She and I had a conversation how she did not feel it was ethically right of what she was instructed to do. She stated that Omar was clear that I was to be terminated and she defended me the best she could. Omar harassed her to disclose

the nature of my illness and threatened her job if she did not follow through. I simply told her to do her job.

April 25, 2018 I was terminated on the grounds of PERFORMANCE (customer service, carelessness, unsatisfactory work quantity or quality).

In conclusion, I have been harassed, targeted, and discriminated against. I worked with Waste Management for a little less than 11.5 years. I have seen opportunities passed over me because supervisors did not recommend me, I have worked 2-3 years as a backup lead in the residential department without proper pay, promotion tittle yet Sherrie Mills (occasion coworker was promoted). Or other non-African American denied promotions for certain position. Omar Godinez would make special treatment especially for his Hispanic Males (recognition, promotions, and sales) such as Anthony Martinez.

As much as I love Julia Orjales, I know she had a similar status with her sales, but later learned after I left even with being on write ups, she was able to transfer/promote to another department "Retention" due to the fact she is a Spanish speaking representative.

I am asking to be made whole, return to work with my seniority date, ask that the company honors my request for reasonable accommodations, reimbursed for all back pay including full benefits and retirement and any other compensation that I am rightfully entitled to, punitive damages etc....

**WM**
**WASTE MANAGEMENT**

## CORRECTIVE ACTION & WARNING DOCUMENT

| Employee Name: | **Tamika Howard** | Employee ID: **192518** | | Date: | **04/25/2018** |
|---|---|---|---|---|---|
| Title: | **ICR** | Work Location: | **Lombard, IL** | | |

Verbal ☐Written ☐ Final Written Written ☒ Termination

Type of Violation:

☒ Performance (customer service, carelessness, unsatisfactory work quantity or quality, etc.)

Description of Performance/Behavior:

Situation:

As a Inside Commercial Representative, Tamika Howard is responsible for closing new customer sales utilizing a consultative selling approach. She is responsible for maintaining current customers by utilizing creative problem solving and negotiation skills to resolve customer issues. Additionally, as a Inside Commercial Representative, Tamika is expected to meet sales goals, overall call center objectives and enhance the customer service experience while working to exceed all customers' expectations.

Each month ICR associates are provided a Temp sales goal that should be attained. We spoke August 2017, November 2017, and February 2018. You have not met sales goals year date 2018.

| *Month* | *Temp (Sales) Goal* | *Total Tamika Sold* | *Amount of goal missed* |
|---|---|---|---|
| March 2018 | $31,478 | *$15,726.17* | *-$15,751.83* |
| February 2018 | $27,331 | *$6335.28* | *-$20,995.72* |
| January 2018 | $23,958 | *$11,147.51* | *-$12,810.49* |
| December 2017 | $20,336 | *$15,345* | *-$4,911* |
| November 2017 | $32,176 | *$15,065* | *-$17,111* |
| October 2017 | $29,359.00 | *$24,379.17* | *-$4,979.83* |
| September 2017 | $27,720 | *$28,260* | *+$530* |
| August 2017 | $23,110.39 | *$16,153.35* | *-$6,957.04* |
| July 2017 | $32,648 | *$16,375.79* | *-$16,272.21* |

Desired Actions and Expected Results:

Due to not meeting sales goals we are terminating your employment with Waste Management effective immediately.

**Your signature below indicates that you understand the information that has been discussed with you.**

*refused to sign*
Employee Signature  *(not required for Verbal Counseling)*                    4-25-2018
                                                                                                                      Date

*Sarah J. Schinbein*
Supervisor Signature                                                                   4-25-2018
                                                                                                                      Date

_____                                          _____
Other Signature                                                                                         Date



**WASTE MANAGEMENT**

## Customer Experience
## Corrective Action Waiver

Employee Name:  ___Tamika Howard_____

Supervisor Name:  ___Elisa Smith_____

Manager Name:  ___Jamieson Clay_____

Date of Corrective Action Document:  _____1/22/2016_____

Date of Absence Occurrence:  12/9/2015_

Date and Time of Shift Interruption: _____

Type of Waiver (select one):

☐ **The pending absence has been waived until the next occurrence.  The  actual occurrence will remain in IEX as an absence or shift interruption and will be noted on the next corrective action (One Point)**

☐ The pending corrective action has been waived and the occurrence   will be changed to an approved absence or shift interruption.  The time will be taken from an accrued bank.

☐ The NCNS has been approved to be changed to an absence occurrence.  The time will be taken from your PTO bank.  If the employee exhausted all banks, a corrective action document will be issued in accordance with the attendance policy.

Explanation of the waiver Request:
Verbal is being waived due to supervisor failed to issue after last tardy on 12/9/2015 _____
_____
_____
_____
_____
_____
_____
_____
_____

Employee Signature: _____   Date: _____

Supervisor Signature:_____   Date: _____

Manager Signature:  _____   Date: _____

**WM WASTE MANAGEMENT**

# CORRECTIVE ACTION & WARNING DOCUMENT

| Employee Name: | **Tamika Howard** | Employee ID: | 192518 | Date: | **5/20/16** |
|---|---|---|---|---|---|
| Title: | **ICR Agent** | Work Location: | **Lombard, IL** | | |

☐ Verbal    ☐ Written    ☐ FINAL Written

## Corrective Action:

| WARNING TYPE | DATE | BRIEF DISCRIPTION | ISSUER |
|---|---|---|---|
| Waiver | | Issued at 1/22/16 | Elisa Smith |
| | | | |
| | | | |

## Type of Violation:

☒ Attendance (excessive absences, tardies, leaving early from shift, etc.)

## Situation: You are currently at 6.00 occurrences. At 3 occurrences you receive a verbal, at 5 occurrences a written, at 6 occurrences a final written, 7.0 occurrences will result in termination.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wed | 5/27/2015 | **1.00** | | 8.00 | | | court |
| Tue | 6/2/2015 | | | 0.50 | 0.50 | | FMLA - late |
| Thu | 6/4/2015 | **0.25** | | | | | late punch in |
| Mon | 6/8/2015 | | | | 8.00 | | FMLA |
| Thu | 6/11/2015 | | | | | 0.75 | VTO @ 2:45p |
| Fri | 6/12/2015 | | | | 8.00 | | FMLA |
| Tue | 6/16/2015 | | | | 4.00 | | FMLA |
| Fri | 6/19/2015 | | | | 4.00 | | FMLA |
| Wed | 6/24/2015 | | | | | 8.00 | full day vto |
| Fri | 6/26/2015 | | | | 4.00 | | fmla |
| Mon | 6/29/2015 | | | | | | Hours Used |
| Tue | 7/7/2015 | | | | 8.00 | | fmla |
| Wed | 7/8/2015 | | | | | 3.50 | VTO @ 1:00 |
| Thu | 7/9/2015 | | | | | 1.75 | VTO @ 2:45 |
| Mon | 7/13/2015 | **0.25** | | | | | late logged i |
| Mon | 7/13/2015 | | | | | | Hours Used |
| Mon | 7/13/2015 | | | | | 3.25 | VTO @ 1:15 |

| Day | Date | | | | | | | Notes |
|-----|------|---|---|---|---|---|---|-------|
| Wed | 6/24/2015 | | | | | | 8.00 | full day vto |
| Fri | 6/26/2015 | | | | | 4.00 | | fmla |
| Mon | 6/29/2015 | | | | | | | Hours Used 159.83/H |
| Tue | 7/7/2015 | | | | | 8.00 | | fmla |
| Wed | 7/8/2015 | | | | | | 3.50 | VTO @ 1:00 pm (Shif |
| Thu | 7/9/2015 | | | | | | 1.75 | VTO @ 2:45 pm (Shif |
| Mon | 7/13/2015 | 0.25 | | | | | | late logged in at 813a |
| Mon | 7/13/2015 | | | | | | | Hours Used 167.83/H |
| Mon | 7/13/2015 | | | | | | 3.25 | VTO @ 1:15 pm (Shif |
| Wed | 7/15/2015 | | | | | | 4.50 | VTO @ 12:00 pm (Shi |
| Thu | 7/16/2015 | | | | | | 1.75 | VTO @ 1:45 pm (Shif |
| Fri | 7/17/2015 | | | | | | 0.75 | VTO @ 3:45 pm (Shif |
| Mon | 7/20/2015 | | | | | | 1.50 | VTO @ 3:00 pm (Shif |
| Mon | 7/20/2015 | | | | | 2.00 | | two hours of FMLA A |
| Wed | 7/22/2015 | 0.25 | | | | | | log in 8:11am |
| Wed | 7/22/2015 | | | | | | 4.50 | VTO @ 12:00 pm (Shi |
| Mon | 7/27/2015 | 0.25 | | | | | | late log in @8:56 am |
| Thu | 7/30/2015 | | | | | | 8.00 | full day VTO |
| Fri | 7/31/2015 | | | | | 8.00 | | FMLA |
| Mon | 8/3/2015 | | | | | | | was here on time |
| Tue | 8/4/2015 | | | | | | | denied breavement f |
| Wed | 8/5/2015 | | | | | | | applied for STD/FML/ |
| Thu | 8/6/2015 | | | | | | | self |
| Fri | 8/7/2015 | | | | | | | self |
| Mon | 8/10/2015 | | | | | 8.00 | | STD/FMLA |
| Tue | 8/11/2015 | | | | | 8.00 | | STD/FMLA |
| Wed | 8/12/2015 | | | | | 8.00 | | STD/FMLA |
| Thu | 8/13/2015 | | | | | 8.00 | | STD/FMLA |
| Fri | 8/14/2015 | | | | | 8.00 | | STD/FMLA |
| Mon | 8/17/2015 | | | | | 8.00 | | STD/FMLA |
| Tue | 8/18/2015 | | | | | 8.00 | | STD/FMLA |
| Tue | 8/18/2015 | | | | | 8.00 | | STD/FMLA |
| Wed | 8/19/2015 | | | | | 8.00 | | STD/FMLA |
| Thu | 8/20/2015 | | | | | 8.00 | | STD/FMLA |
| Fri | 8/21/2015 | | | | | 8.00 | | STD/FMLA |
| Mon | 8/24/2015 | | | | | | | RTW |
| Mon | 8/24/2015 | | | | | | 1.50 | VTO @ 3:30 pm (Shif |
| Tue | 8/25/2015 | | | | | | 0.50 | VTO @ 3:00 pm (Shif |
| Wed | 8/26/2015 | | | | | 8.00 | | STD/FMLA |
| Thu | 8/27/2015 | | | | | 8.00 | | STD/FMLA |
| Tue | 9/1/2015 | 0.25 | | | | | | tardy 712am |
| Wed | 9/2/2015 | | | | | | | punched in on time |
| Fri | 9/4/2015 | | | | | | | fmla |
| Tue | 9/8/2015 | | | | | | | fmla |

| Day | Date | | | | | | Description |
|---|---|---|---|---|---|---|---|
| Wed | 11/11/2015 | | | | | | |
| Wed | 12/9/2015 | | | | | | Late excused |
| Mon | 12/28/2015 | | | | | | fmla |
| Wed | 12/30/2015 | | | | | | fmla partial |
| Fri | 1/1/2016 | | | | | | New Year |
| Wed | 1/6/2016 | | 8.00 | | | | Prescheduled |
| Fri | 1/8/2016 | | 4.00 | | 4.00 | | approved - f |
| Sat | 1/9/2016 | | | | | | 2016 Vacatio |
| Wed | 1/13/2016 | | | | | 1.00 | VTO @ 3:52 |
| Thu | 1/14/2016 | | | | | 1.00 | VTO @ 4:00 |
| Fri | 1/15/2016 | | 4.00 | | | | Prescheduled |
| Mon | 1/18/2016 | | | 8.00 | | | Unplanned F |
| Tue | 1/19/2016 | | | | | 2.00 | VTO @ 3:04 |
| Wed | 1/20/2016 | | | | | 5.00 | VTO @ 12:0( |
| Thu | 1/21/2016 | | | | | 4.00 | VTO @ 1:00 |
| Fri | 1/22/2016 | | | | | | rcvd a waive |
| Tue | 1/26/2016 | | | | | 2.50 | VTO @ 2:30 |
| Wed | 1/27/2016 | | | | | 0.75 | VTO @ 4:00 |
| Thu | 1/28/2016 | | 8.00 | | | | Prescheduled |
| Fri | 1/29/2016 | | | 1.00 | | | left early no |
| Tue | 2/2/2016 | 0.50 | | 2.00 | | | no vto left @ |
| Wed | 2/3/2016 | 1.00 | | 8.00 | 8.00 | | called in, did |
| Wed | 2/10/2016 | | | | | 1.50 | VTO @ 3:26 |
| Thu | 2/11/2016 | | | 8.00 | 8.00 | | Called in - re |
| Fri | 2/12/2016 | | 3.00 | 5.00 | 8.00 | | Called in - re |
| Wed | 2/17/2016 | | | | | | 2016 Vacatio |
| Thu | 2/18/2016 | | | | | 4.00 | VTO @ 11:3( |
| Fri | 2/19/2016 | | 8.00 | | 8.00 | | FMLA appro |
| Wed | 2/24/2016 | | | | | 0.50 | VTO @ 4:30 |
| Thu | 2/25/2016 | | 8.00 | | 8.00 | | FMLA appro |
| Mon | 3/7/2016 | | 8.00 | | 8.00 | | FMLA appro |
| Mon | 3/9/2016 | | 4.00 | | 4.00 | | FMLA appro |
| Wed | 3/16/2016 | | | | | 0.75 | VTO @ 4:15 |
| Thu | 3/17/2016 | | | | | 1.50 | VTO @ 2:12 |
| Fri | 3/18/2016 | | 8.00 | | 8.00 | | FMLA appro |
| Mon | 3/21/2016 | | 8.00 | | 8.00 | | FMLA appro |
| Wed | 3/23/2016 | | 8.00 | | 8.00 | | FMLA appro |
| Mon | 3/28/2016 | | 8.00 | | | | |
| Tue | 3/29/2016 | | 8.00 | | 8.00 | | |
| Wed | 3/30/2016 | | 8.00 | | 8.00 | | |
| Thu | 3/31/2016 | | 2.00 | | 2.00 | | |
| Mon | 4/4/2016 | | | | 3.00 | | |
| Tue | 4/5/2016 | | | | 8.00 | | |
| Wed | 4/6/2016 | | | | 8.00 | | |



# CORRECTIVE ACTION & WARNING DOCUMENT

| Employee Name: | **Tamika Howard** | Employee ID: | 192518 | Date: | **02/04/2016** |
|---|---|---|---|---|---|
| Title: | **ICR** | Work Location: | **Lombard, IL** | | |

☐ Verbal    ☐ Written    ☒ FINAL Written

## Corrective Action:

| WARNING TYPE | DATE | BRIEF DISCRIPTION | ISSUER |
|---|---|---|---|
| Final | 02/04/2016 | Failure to follow call in procedures | Elisa Smith |
| | | | |
| | | | |

## Type of Violation:

☐ Performance (customer service, carelessness, unsatisfactory work quantity or quality, etc.)

☐ Behavior Infraction (insubordination, rudeness, inappropriate comments and/or action etc.)

☒ Violation of WM Policy or Code of Conduct (unethical actions, theft, unsafe working practice, etc.)

## Description of Performance/Behavior:

On 2/3/2016, you failed to notify TOPS you will not be reporting to work. You sent a text to me at 7:26am and also left a message on our MOD voice mail. Both communications stated you may be late or may not come in. You were advised on September 21st, 2015 that TOPS should be notified first. Our attendance policy states this information as well. We have had several conversations where I reminded you to call TOPS for your early leave. Because of this, you are being placed on a final written warning for failure to call TOPS of your unscheduled absence.

**Call In Procedures**
An employee must adhere to the following procedures:
Unscheduled tardy: contact his/her supervisor prior to the start of the shift.
Unscheduled absence: (In this order)
1. Contact TOPS to log his/her time off and obtain the confirmation number.
2. Contact immediate supervisor by phone to notify WM that you will not be at work. This notification must be made prior to the start of the scheduled shift. If it is necessary to leave a voicemail, the employee must leave a contact number. Efforts should be made to notify your supervisor as far in advance of your scheduled shift as possible.

An employee who does not communicate with TOPS and his/her supervisor, nor show up for his/her scheduled shift, will be subject to disciplinary action and could result in termination.

## CORRECTIVE ACTION & WARNING DOCUMENT *page two*

### Desired Actions and Expected Results:

*Action to be taken if unsatisfactory performance or behavior persists:*

Our expectation is for your performance or behavior to meet and exceed Company standards. Failure to demonstrate immediate and sustained improvement in your performance/behavior may lead to further disciplinary action, up to and including termination. We encourage you to schedule a discussion with your manager should you have questions, concerns, or need additional guidance.

**Your signature below indicates that you understand the information that has been discussed with you.**

Employee Signature  *(not required for Verbal Counseling)*                    Date

                                                                              2/5/2016

Supervisor Signature                                                          8/5/16
                                                                              Date

Human Resources Signature                                                     Date

*refused to sign*

**WASTE MANAGEMENT**

# CORRECTIVE ACTION & WARNING DOCUMENT

| Employee Name: | **Tamika Howard** | Employee ID: | **192518** | Date: | **5/20/16** |
|---|---|---|---|---|---|
| Title: | **ICR agent** | Work Location: | **Lombard, IL** | | |

☐ Verbal    ☐ Written    ☒ FINAL Written

## Corrective Action:

| WARNING TYPE | DATE | BRIEF DISCRIPTION | ISSUER |
|---|---|---|---|
| Final | 02/15/2016 | Attendance | Elisa Smith |
| | | | |
| | | | |

## Type of Violation:

☒ Company Policy

**Situation:** *On May 5th, Tim Brooks called (100-200232) regarding his account, he stated to Tamika he changed trash services and he is waiting for us to pick up our containers. Tamika advised our customer, the containers will be removed within 5 business days. Tamika failed to review the detailed information provided on the 3 screen which states liquidated damages was Federal Express that includes the tracking number. LD damages total was $6,569.16 + $150.00 removal fee = $6,719.16. As of result of the property being removed without the correct protocol, WM is at risk of not collecting funds that are due.*

## CORRECTIVE ACTION & WARNING DOCUMENT *page two*

## Desired Actions and Expected Results:

Going forward, Tamika is to review all accounts in detailed, if the customer is asking about cancellation, the call should be transferred to our Retention Team that specialized in saving revenue. Tamika should also note the account in detail explaining the conversation that transpired with her and the customer.

Our expectation is for your performance to meet and exceed Company standards. Failure to demonstrate immediate and sustained improvement in your performance/behavior may lead to further disciplinary action, up to and including termination. We encourage you to schedule a discussion with your manager should you have questions, concerns, or need additional guidance.

**Your signature below indicates that you understand the information that has been discussed with you.**

Employee Signature *(not required for Verbal Counseling)*                    Date

*refused to sign*

*Sarah J. Schuster*                                                  5-24-2016

Supervisor Signature                                                  Date

*[signature]*                                                        5-24-2016

Additional Supervisor Signature *(if appropriate)*                    Date


Human Resources Signature                                            Date

  
up to and including termination.  We encourage you to schedule a discussion with your manager should you have questions, concerns, or need additional guidance.


**Your signature below indicates that you understand the information that has been discussed with you.**


_____          _____
Employee Signature  *(not required for Verbal Counseling)*                                          Date

*refused to sign*

_Sarah Z. Schuiler_                                                                          5-24-2016
Supervisor Signature

_____          _____
                                                                                                                    Date

_____          _____
                                                                                                  5/24/16
Additional Supervisor Signature *(if appropriate)*                                          Date

_____          _____
Human Resources Signature                                                                          Date

*Celebrating The Life*
*of*
*Tyler Angelo Randolph*
Sunrise October 15, 1992   Sunset December 22, 2012



Saturday, December 29, 2012

Wake 9:30 A.M. - Services 10:30 A.M.

**Obituary**
*Tyler Angelo Randolph*

Tyler's earthly life began on the 15th of October 1992, in Alsip Illinois to Delphine Cherry and Keith Randolph. Tyler was the youngest of five siblings. He was preceded in death by his oldest sister, Tyesa Cherry Abney.

Tyler accepted Christ at an early age and was baptized at the age of five at St Paul Lutheran Church. During this time he established a relationship with the Lord while singing in the Church choir until the age of 10.

Tyler started his education at St. Paul Lutheran grammar school, where he completed his studies and graduated in 2006. He attended Rich South High School and was part of the 2010 graduating class. This year Tyler enrolled in South Suburban College, majoring in occupational therapy.

Tyler was a unique individual who possessed many gifts and talents. Tyler was employed at WALMART in Crestwood IL, due to his strong work ethics, he was promoted to full time in less than three months. As a youth, Tyler enjoyed playing all sports, he participated in little league, softball, football, karate, soccer, and basketball.

However, his passion was his love for music. He took piano and trumpet lessons, in which he excelled. His greatest pleasure was rapping. His moniker was GY CRITICAL. Tyler wrote his own lyrics and would then go to the studio and lay down his own tracks. He would not miss an opportunity to perform and share his technique.

Tyler's smile, charm, humor, love, kindheartedness, patience, and his lust for life will be missed by all who knew and loved him.

Tyler leaves not to mourn, but to cherish his memories:
His mother Delphine Cherry, his father, Keith Randolph, his mentor, cousin, and father figure, Donald Seay, his sisters: Tamika Howard, Tracii Randolph, Jasmine Croff, and Shanell Randolph; his grandparents: Lucius and Ester Randolph; great-uncles: Cortez Randolph, Wiley Hogan, and special great-uncle, Johnny Cherry; great aunts: Ethel Seay, Evon Pettis, Adeliade Cherry, Georgette Grady; Hattie Randolph, and Regina Randolph, his uncle: Reed Randolph (Karen), his aunts: Belinda Cherry, Brenda Jo Cherry, Wanda Randolph, nephews Travis Parker and Danny White; nieces, Simone Mitchell and Jahnae' Cook; special cousin Tabitha Cherry, and a host of cousins, girlfriend, Kimmie (Fatty), special friends, Giovani (Gee Gee) and Richie Cano, and a host of friends.

Tyler,

My baby boy. I am going to miss you so much. I will miss your daily visits, checking up on me. I will miss you most when I answer the door and it won't be you. Rest in peace nephew,

*Love,*
*Auntie Jo*

**My Love,**

Tyler we have been in a relationship for three long years, I have so many memories, and I will cherish every second of them. We had so many late night talks, I never pictured this life without you in it. Who would have ever thought that our love for one another would end so soon. I can't believe that I'm not going to see my FooFee again. We had so many things planned for this upcoming year. You will forever be in my heart. The young man I loved and I know you loved me to the max. Now that you are in God's hands I know that you are in a better place.

*Love Forever and Always,*
*Kimberly bka "Fatty"*

**To my Family,**
**Remember Me**

Fill not your hearts with pain and sorrow,
But remember me in every tomorrow.
Remember the joy, the laughter, the smiles,
I've only gone to rest a little while.
Although my leaving causes pain and grief,
My going has eased my hurt,
and given me relief.
So dry your eyes and remember me,
not as I am now, but as I used to be.
Because, I will remember you all,
and look on with a smile.
Understand in your hearts, I've only gone to rest a little while.
As long as I have the love of each of you,
I can live my life in the hearts of all of you.
*Love,*
*Tyler*

**Cook County Health and Hospitals System**
**Ambulatory and Community Health Network**
**Patient Discharge Instruction**

**Name:** HOWARD, TAMIKA
**Visit Date:** 09/10/2014 11:53:41
**Visit Location:** Woody Winston (WW)
**DOB:** 3/24/1980 12:00 AM **MRN:** 002612890c
**Patient Address:** 3520 BIRCHWOOD DRIVE HAZEL CREST IL 60429
**Patient Phone:** (708) 928-3661
**Visit Physician/Provider:** PATEL MD, SHILPA M
**Primary Care Provider:** PATEL MD, SHILPA M
**Primary Care Provider Phone:** (708) 225-9900
**Discharge Diagnosis:** Anxiety; HIV infection

Cook County Health and Hospitals System would like to thank you for allowing us to assist you with your healthcare needs.
The following includes patient education materials and information regarding your visit.

**Patient Summary Given**
**Patient Summary Distribution:** Given to patient/caregiver

**Follow-up and Appointments:**

| Date | Time | Location | Appointment Type | Provider |
|------|------|----------|------------------|----------|
| 10/03/14 | 09:15 am | Cottage Grove (CG) | Infectious Disease FUP | |

**Your Problems List:**

| Problem | Onset | Comments |
|---------|-------|----------|
| HIV infection | 06/24/14 | |

**Your Allergies:**

| Substance | Reaction Symptoms | Type | Comments |
|-----------|-------------------|------|----------|
| No Known Medication Allergies | | Drug | |

## Medication List:

This is the list of current medications in your medical record. It may include medications from visits to other clinics or areas of the hospital and medications you told us were prescribed by other doctors. If you have any questions about any medications that were not prescribed from this clinic, please contact the doctor that prescribed them.

**cobicistat/elvitegravir/emtricitabine/tenofov (Stribild oral tablet)** 1 TAB, Oral, DAILY, with food, Refills: 5

**FLUoxetine (FLUoxetine 20 mg oral capsule)** 1 CAP, Oral, DAILY, Refills: 5

**hepatitis B adult vaccine (hepatitis B adult vaccine 20 mcg/mL intramuscular suspension)** 1 ML, Intramuscular, One Time Only, Refills: 0

**influenza virus vaccine, inactivated (Fluvirin 2014-2015)** , Refills: 0

## Medications and Immunizations Given Today:

| Medication | Dose | Route | Performed By |
|---|---|---|---|
| hepatitis B adult vaccine | 1 ML | IM | BARNES, DAPHANE |
| influenza virus vaccine, TIV | 0.5 ML | IM | BARNES, DAPHANE |

## Immunization(s) Given This Visit

| Name | Date |
|---|---|
| hepatitis B adult vaccine | 09/10/14 11:39:00 |
| influenza virus vaccine, inactivated | 09/10/14 11:42:00 |

### Past Immunization(s) Given

| Name | Date |
|---|---|
| hepatitis A adult vaccine | 08/08/14 14:56:00 |
| hepatitis A-hepatitis B vaccine | 08/08/14 13:16:00 |
| hepatitis A-hepatitis B vaccine | 08/08/14 13:16:00 |
| hepatitis B adult vaccine | 08/08/14 14:57:00 |
| pneumococcal 13-valent conjugate vaccine | 08/08/14 13:15:00 |

## Future Orders:

**Health Maintenance:**

| Test/Treatment | Last Done | Next Due | Additional Information |
|---|---|---|---|
| No Health Maintenance records were found | | | |

| Point of Care Test | Result |
|---|---|
| Glucose | |
| Hemoglobin A1C | |
| Hemoglobin | |
| Hematocrit | |
| INR | |
| Urine Pregnancy | |

## Patient Portal – Communicate with your healthcare team & access your medical information online.

Dear Patient,
We are pleased to offer you with secure on-line access through our **new patient portal, MyCookCountyHealth.**

Benefits of the Portal:

- View lab results, future appointments and summaries of your visits
- Request medication renewals and medical records
- Communication with your provider and financial counselor
-

**How do I log in?**
Once you have provided your email address, you will receive an invitation. The invitation will have the following details:

From: **MyCookCounty**
With the subject of: **Cook County Health and Hospital System invites you to join MyCookCountyHealth**
Click the "**Accept Invitation to MyCookCountyHealth**" link to sign up.

**I have not provided my email address.**
At your next visit, please provide your email address so we can send you instructions to set up your secure on-line account.

**I have already set up my account. How do I log in?**
Go to www.mycookcountyhealth.org and ENJOY the benefits!

For more information, ask any member of your healthcare team or visit www.mycookcountyhealth.org For MyCookCountyHealth technical Assistance call toll free: 1-877-621-8014 anytime.



# AMBULATORY & COMMUNITY HEALTH NETWORK OF COOK COUNTY

Toni Preckwinkle • President
Cook County Board of Commissioners

Warren L. Batts • Chairman
Cook County Health & Hospitals System

Jorge Ramirez • Vice-Chairman
Cook County Health & Hospitals System

Terry Mason, M.D., F.A.C.S. • Interim CEO
Cook County Health & Hospitals System

Health & Hospitals System Board Members
Dr. David A. Ansell
Commissioner Jerry Butler
David N. Carvalho
Quin R. Golden
Benn Greenspan
Sr. Sheila Lyne
Dr. Luis R. Muñoz
Heather E. O'Donnell



**COOK COUNTY HEALTH & HOSPITALS SYSTEM — CCHHS**

## RETURN TO WORK/SCHOOL VERIFICATION

1901 West Harrison Street
Chicago, Illinois 60612
(312) 864-0719

Enrique Martinez, M.D.
Interim Chief Operating Officer

Date: __9 | 10 | 14__

Patient Name ____ **CK** PtNm-**HOWARD, TAMIKA**
DOB-03/24/80 Age–34 Y FC–Illinois Medicaid 09/10/14 -
Act# **748524857** Clinic (WW)   MR# **2612890**

Unit Number ____ |||||||||||||||||||||||

To Whom It May Concern:

The above named person:

☐ Was treated at _____.

☑ Was ill and unable to work from: __9/8/14__ to __9/10/14__.

☐ States he/she was ill and unable to work from: _____ thru _____.

☐ May return to work/school on: _____.

☐ May resume work on: __9 | 11 | 14__ with restrictions as follows:

_____.

☐ May resume school on _____ with the following restrictions:

WOODY WINSTON HEALTH CENTER
650 E. PHOENIX CENTER DRIVE
PHOENIX, IL 60426

DIAGNOSIS __HIV / VIRAL INFECTION__

Physician/Provider Signature __Amy Patel мvs__

Printed Name __SHILPA PATEL__   Pager # __708-465-2702__

F-276

## COOK COUNTY HEALTH & HOSPITALS SYSTEM

**Toni Preckwinkle**
President
Cook County Board of Commissioners

**John Jay Shannon, MD**
Chief Executive Officer
Cook County Health & Hospitals System



Cook County Health & Hospitals System
Board Members

**M. Hill Hammock** • Chairman
**Commissioner Jerry Butler** • Vice Chairman
David Carvalho
Lewis M. Collens
Ada Mary Gugenheim
Wayne M. Lerner, DPH, FACHE
Rev. Calvin S. Morris, PhD
Luis Muñoz, MD, MPH
Jorge Ramirez
Carmen Velasquez
Dorene P. Wiese, EdD

August 6, 2014

Waste Management
700 Butterfield Road
Lombard, IL

Re:  Ms. Tamika Howard

To:  Supervisor, Ms. Sarah

This letter is to inform you that Ms. Howard was in my office to see me on this date.

Sincerely,

Julie Washington, MA, LCPC, CADC
Primary Counselor

# COOK COUNTY HEALTH & HOSPITALS SYSTEM

**Toni Preckwinkle**
President
Cook County Board of Commissioners

**John Jay Shannon, MD**
Chief Executive Officer
Cook County Health & Hospitals System


COOK COUNTY HEALTH & HOSPITALS SYSTEM
CCHHS

**Cook County Health & Hospitals System Board Members**

**M. Hill Hammock** • Chairman
**Commissioner Jerry Butler** • Vice Chairman
Lewis Collens
Ric Estrada
Ada Mary Gugenheim
Emilie N. Junge
Wayne M. Lerner, DPH, FACHE
Erica E. Marsh, MD MSCI
Carmen Velasquez
Dorene P. Wiese, EdD

December 22, 2016

RE: Tameka Howard

To Whom It May Concern

I have been Ms. Howard's psychotherapist for the past 18 months. Ms. Howard has been diagnosed with severe major depression, recurrent and generalized anxiety disorder. Recently Ms. Howard found out that her daughter had been raped by a family member of a friend that was caring for the child. This news appeared to cause decompensation in thoughts and symptoms: unable to sleep, little interest in pleasurable activities, crying spells, increased sadness, uncontrolled worrying, feeling on edge, guilty, and feelings of worthless and being a bad parent.

The patient had been making minimal progress. Ms. Howard's history of depression appears to have been triggered by an unhealthy relationship she is having trouble walking away from. Ms. Howard is recommended to continue to meet with therapist as scheduled, utilize the journal exercise to track feelings/ emotions and triggers, and continue to envision her goals.

Leo W Lavender LCSW, MISA1, CADC



**SSHARC**                    **Mental Health / Psychosocial**

---

Leo W Lavender LCSW, CADC, MISA1
Clinical Therapist
708-633-2848

Date: October 22, 2018
RE: Tamika Howard    BOD: 03-24-1980

To Whom It May Concern;

    Ms. Howard was assessed by me April 8 of 2015. It was determined that Ms. Howard was severely depressed and could benefit from individual therapy. Ms. Howard began attending individual session bi-monthly April 23, 2015. Do to unforeseen living situations and employment Ms. Howard had to withdraw from services for about 6 months. Patient has recently reengaged in psychotherapy sessions. Meeting twice a month with therapist.

Sincerely

Leo W Lavender LCSW, CADC, MISA1
Clinical Therapist

**REPRODUCTIVE HEALTH ASSOCIATES, S.C.**
*Primary and Specialty Health Care for Women*
**Marsie R. Hass, M.D.**
**Bryon A. Rosner, Ph.D., M.D.**
17850 S. Kedzie    Suite 3100    Hazel Crest, Illinois 60429
Telephone: (708) 798-2400    Fax: (708) 798-0776

August 12, 2014

To Whom It May Concern:

Re:  Tamika Howard

The above mentioned is a patient in our office.   Please excuse Ms. Howard from work on Monday August 11, 2014 due to a medical issue.  Also Ms. Howard will need to leave work early on Tuesday August 12, 2014 at 2 PM to attend a follow up appointment in our office.

Sincerely,

Bryon A. Rosner, M.D.

BAR:smp

**REPRODUCTIVE HEALTH ASSOCIATES, S.C.**
*Primary and Specialty Health Care for Women*
**Marsie R. Hass, M.D.**
**Bryon A. Rosner, Ph.D., M.D.**
17850 S. Kedzie     Suite 3100     Hazel Crest, Illinois 60429
Telephone: (708) 798-2400     Fax: (708) 798-0776

September 9, 2015

To Whom It May Concern:

Re:   Tamika Howard
DOB: 03/04/1980

The above mentioned is a patient in our office.  Due to a health issue Ms. Howard was unable to work on Friday, September 4, 2015 and Tuesday, September 8, 2015.

Sincerely,

Bryon A. Rosner, M.D.

BAR:smp

**Ingalls Memorial Hospital ♦ One Ingalls Drive ♦ Harvey ♦ Illinois ♦ 60426**
## Discharge Instructions

**TAMIKA HOWARD**          **Age/Sex:**  37Y/F          **DOB:** 03/24/1980

**MRN:** 00424789          **Acct No:** 3792286

Arrival Date/Time:     06/21/2017  01:29
**Provider:**  Mohemad R Khaleel
**Primary Care Physician:**    Shilpa Patel, MD
**PCP Phone Number:**

### Visit Information

You were seen in the Flossmoor Emergency Department.

Arrival Date/Time:              06/21/2017 at 1:29 am

Your chief complaint was:       DIARRHEA

Your diagnosis is:              Gastroenteritis

### Discharge Instructions

**Follow Up Care**
**Patient's Stated Primary Care Provider**
**Patel, Shilpa MD (C571) - Infectious Diseases.**
**Follow Up Instance**
**1st 1st Provider Follow Up Provider Name Specialty and Address Provider Name/Group Tsakopoulos, Angelo MD (3018) - Family Practice, Specialty Family Practice, Address and Telephone 19550 Governors Hwy, Ste 2700, Flossmoor IL 60422 7087989170.**
**Additional Instructions**
**Follow up with your primary care physician in 24-48 hours.**
**Return if you are unable to follow up with your MD.**
**Return here, call 911 or go to the nearest ER if you develop new or worsening symptoms.**

Ingalls Memorial Hospital ♦ One Ingalls Drive ♦ Harvey ♦ Illinois ♦ 60426

**SoarianChart Report - Patient Excuse Note**

Arrival Date/Time:          06/21/2017  01:29

**Patient Excuse Note - Patient Excuse Note**

*Preliminary*

Collected On: 06/21/2017  02:03

Patient Seen in
Emergency Department.
Arrival/Admission Time
6/21/2017 02:03.
Departure Date/Time
6/21/2017 02:03.
Patient May Return to
Work Work Detail Return to Work Date 6/23/2017.

**Electronically signed by Mohemad Rizwan Khaleel on 06/21/2017 02:03**

**End of Report**

---

Pt Name:   TAMIKA  HOWARD                 MRN:    00424789                    Patient ID:    3792286

Chart Report - Patient Excuse Note   Page 1 of 1                                    Chart Report - Patient Excuse Note

                                                                                    Printed By: Khaleel, Mohemad
                                                                                    Printed On: 21-Jun-17 02:04

**RETURN TO WORK MEDICAL CERTIFICATION FORM**

*Instructions for Employee:*

(1)   *Complete and sign the top portion of this form.*
(2)   *Have your health care provider complete the remainder of this form.*
(3)   *Give the completed form to your supervisor by your return to work date. If you return to work with restrictions, you must give this form to your supervisor at least one day before you return to work. You will not be permitted to return to work until this form is given to your supervisor.*

Your Name:  Tamika Howard

Your Employee ID Number:  192518

Your Job/Position:  ICR

Date your leave began:  8/04/15          Date you plan to return to work: 8/24/15

Your Signature:  Tamika Howard          Today's Date:  9/03/15

*Instructions for Health Care Provider:*

This medical certification form is required for the above patient to return to work after a leave of absence. Please complete this form and sign below.

Type of Practice: _____

Address: _____

Telephone Number: _____

Name (Print): _____

I certify that  Tamika Howard  (patient name) will be able to resume performing the functions of his or her position on _____ (date). I acknowledge that I have full understanding of the job duties required. Please check one of the boxes below:

☒   Return to work – No restrictions on   9-11-15 (date)
☒   Return to work – Restrictions/light duty on  *Regular*  8-24-15 (date)
     (Please describe on the back or attach a detailed description.)

**Health Care Provider's Signature:** _____   Date: 9/10/15

WM-RTW



**Actions Required When you Return to Work:**

- Confirm with your supervisor that you have returned to work.
- Contact WM TOPS at (877) 216-8677 to confirm your return to work.
- If you are a salaried employee Department Manager, contact your local HR representative to update the Department Tree (so that you are listed as your employee's supervisor in all of our systems).
- If you have a WM Travel and Expense card and/or PCard, contact WMSC Card Services to reinstate it because while on leave, your card is inactivated. Call 1-800-964-3373, options 1, 3, 4 or email: T&E Cards WMSC_travelcard@wm.com or P-Cards WMSC.pcardadmin@wm.com.

**If your leave does qualify** as FMLA leave you will have the following **rights** while on FMLA leave:

- You have the right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as a "rolling" 12 month period measured backward from the date of any FMLA leave usage.
- Your health benefits must be maintained during any period of unpaid leave under the same terms and conditions as if you continued to work.
- You must be reinstated to the same or an equivalent job with the same pay, benefits and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)
- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to additional and available FMLA leave; 2) the continuation, recurrence, or onset of a serious health condition of a covered Service member's serious injury or illness which would entitle you to additional and available FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.
- If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have any available Your Time and/or other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy and Your Time Plan. Applicable conditions related to substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.



PART A: MEDICAL FACTS

1. Approximate date condition commenced: _DOA : 7/30/15_

Probable duration of condition: _____

**Mark below as applicable:**

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
✓ No ___ Yes. If so, dates of admission:

Date(s) you treated the patient for condition: _8/4/15, 8/5, 8/6, 8/11, 8/12, 8/15, 8/17, 8/18, 8/19, 8/25, 8/26, 8/27, 9/1, 9/3, 9/9, 9/10/15._

Will the patient need to have treatment visits at least twice per year due to the condition? ✓ No ___ Yes.

Was medication, other than over-the-counter medication, prescribed? ___ No ✓ Yes. _(by the hospital)_

Was the patient referred to any other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ✓ No ___ Yes. If so, state the nature of such treatments and expected duration of treatment:

_____

2. Is the medical condition pregnancy? ✓ No ___ Yes. If so, expected delivery date: _____

3. For the following question, use the job information provided by the employer. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ____ No ____ Yes.
If so, identify the job functions the employee is unable to perform:

_____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

**NOTE: In California and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient**

_Due to MVA, patient sustained injury to neck, lower back, left elbow and left forearm._
_Neck: Pain + tenderness over C₁-C₇ + Trapezius muscles. Limited ROM._
_lower Back: Pain + tenderness over Lumbo Sacral spines, Lumbar Spine muscles. Limited ROM._
_L. Elbow, L. Forearm: Pain over the area_
_Diagnosis: Sprain - Neck (847.0)_
_          - lower Back (846.9)_
_          - L. Elbow, L. Fore arm (841.9)_
_   Injury - Head (854.0)_

WM_1200_HCPC_OSHC.xml

## Advocate South Suburban Hospital
**17800 Kedzie Ave., Hazel Crest, IL 60429**
**Main Hospital: (708) 799 – 8000**
**Emergency Department: (708) 213 – 4200**

## <u>Discharge Instructions</u>

*Given the multitude of health plans and insurance coverage, we recommend that you check with your primary care physician and/or Health Plan to make sure that your referral, if necessary, will be covered by your insurance.*

**Patient Information**
**Name:** HOWARD, TAMIKA S    **Date of Birth:** 3/24/1980 12:00 AM    **Arrival Time:** 7/31/2015 2:04 PM

**Emergency Care Provider:** EMERGENCY ROOM, STAFF

# Patient Instructions
**HOWARD, TAMIKA S** has been given the following list of prescriptions, follow-up instructions, and patient education/performed procedure materials. Please read your instructions carefully:

<u>Prescriptions:</u>

## Fill New Prescriptions:
cyclobenzaprine (cyclobenzaprine oral 10 mg tablet (Flexeril)) 10 mg Oral Three times daily as needed for for muscle spasms
traMADol (Ultram oral 50 mg tablet) 50 mg Oral Every 4 hours (explicit times) 5 days

An ER Physician has reviewed the medication list given at the time of your initial ER evaluation and considered them during treatment, prescribing, and at discharge. If there are medications that you are taking, but did not inform the physician, please consult your primary care physician.

**You/Your significant other have received examination and treatment on an emergency basis. If no specific follow-up instructions have been provided, please contact your doctor or the doctor we have referred you to within 24 hours to arrange for follow-up care. Please return to this facility if you encounter any problems, or if you are unable to contact your physician.**

<u>Follow-up Instructions:</u>

| With: | Address: | When: |
| --- | --- | --- |
| KHAJA ASADULLAH, MD | 10181 LINCOLN HIGHWAY | In 1 day 08/01/15 |

## Patient Visit Summary
**HOWARD, TAMIKA S** has been evaluated for the following reason(s) stated during registration and/or triage:
Motor vehicle accident; General medical; MVC; Neck Pain

### Medication Interactions/Allergies:
HOWARD, TAMIKA S has the following Medication Interactions and/or allergies, **only if listed below**:
NKA

### Diagnostic Tests & Exams:
HOWARD, TAMIKA S had the following diagnostic tests and/or exams performed during this visit, **only if listed below**:

| Name | Date/Time | Status |
|------|-----------|--------|
| FOREARM LT 2V | 07/31/2015 14:13 | Completed |
| CT CERVICAL SPINE WO CON | 07/31/2015 14:13 | Completed |
| CT HEAD OR BRAIN WO CON | 07/31/2015 14:13 | Completed |

# Contusion

A contusion is a deep bruise. Contusions happen when an injury causes bleeding under the skin. Signs of bruising include pain, puffiness (*swelling* ), and discolored skin. The contusion may turn blue, purple, or yellow.



© NEH & ASSOCIATES, INC. 1999

## HOME CARE
- Put ice on the injured area.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 15-20 minutes, 03-04 times a day.

- Only take medicine as told by your doctor.
- Rest the injured area.
- If possible, raise (*elevate* ) the injured area to lessen puffiness.

**GET HELP RIGHT AWAY IF:**
- You have more bruising or puffiness.
- You have pain that is getting worse.
- Your puffiness or pain is not helped by medicine.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 06/05/2009 Document Revised: 03/11/2013 Document Reviewed: 10/22/2012

ExitCare® Patient Information ©2014 ExitCare, LLC.

# Head Injury, Adult

A head injury happens when the head is hit really hard. A head injury may cause sleepiness, headache, throwing up (*vomiting* ),  and problems seeing. If the head injury is really bad, you may need to stay in the hospital.



© SEIF & ASSOCIATES, INC., 2002

## HOME CARE
- Have someone with you for the first 24 hours. This person should wake you up every 02-03 hours to check on your condition.
- Only drink water or clear fluid for the rest of the day. Then, go back to your regular diet.
- Only take medicines as told by your doctor. **Do not** take aspirin.
- **Do not** drink alcohol for 2 days.
- **Do not** take medicines that help your relax (*sedatives* ) for 2 days.

Side effects may happen for up to 7 to 10 days. Watch for new problems.

**GET HELP RIGHT AWAY IF:**

- You are confused or sleepy.
- You cannot be woken up.
- You feel sick to your stomach (*nauseous* ) or keep throwing up.
- Your dizziness or unsteadiness is get worse, or your cannot walk.
- You start to shake (*convulse* ) or pass out (*faint* ).
- You have very bad, lasting headaches that are not helped by medicine.
- You cannot use your arms or legs like normal.
- You have clear or bloody fluid coming from your nose or ears.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 11/30/2009 Document Revised: 03/11/2013 Document Reviewed: 11/03/2010

ExitCare® Patient Information ©2014 ExitCare, LLC.

# Motor Vehicle Collision

After a car crash (*motor vehicle collision* ), it is normal to have bruises and sore muscles. The first 24 hours usually feel the worst. After that, you will likely start to feel better each day.



© ICH & ASSOCIATES, INC. 1999

## HOME CARE
- Put ice on the injured area.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 15-20 minutes, 03-04 times a day.
- Drink enough fluids to keep your pee (*urine* ) clear or pale yellow.
- **Do not** drink alcohol.
- Take a warm shower or bath 1 or 2 times a day. This helps your sore muscles.
- Return to activities as told by your doctor. Be careful when lifting. Lifting can make neck or back pain worse.
- Only take medicine as told by your doctor. **Do not** use aspirin.

**GET HELP RIGHT AWAY IF:**
- Your arms or legs tingle, feel weak, or lose feeling (*numbness*).
- You have headaches that do not get better with medicine.
- You have neck pain, especially in the middle of the back of your neck.
- You cannot control when you pee (*urinate*) or poop (*bowel movement*).
- Pain is getting worse in any part of your body.
- You are short of breath, dizzy, or pass out (*faint*).
- You have chest pain.
- You feel sick to your stomach (*nauseous*), throw up (*vomit*), or sweat.
- You have belly (*abdominal*) pain that gets worse.
- There is blood in your pee, poop, or throw up.
- You have pain in your shoulder (shoulder strap areas).
- Your problems are getting worse.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 06/05/2009 Document Revised: 03/11/2013 Document Reviewed: 05/16/2012

ExitCare® Patient Information ©2014 ExitCare, LLC.

# Cervical Sprain

A cervical sprain is when the tissues (*ligaments*) that hold the neck bones in place stretch or tear.



© SEIF & ASSOCIATES, INC., 2005

**HOME CARE**
- Put ice on the injured area.
  ○ Put ice in a plastic bag.
  ○ Place a towel between your skin and the bag.
  ○ Leave the ice on for 15–20 minutes, 3–4 times a day.
- You may have been given a collar to wear. This collar keeps your neck from moving while you heal.
  ○ **Do not** take the collar off unless told by your doctor.

**Pain Specialists of Greater Chicago**
7055 High Grove Blvd Suite 100  Burr Ridge, IL 60527-7593
6303719980  Fax: 6303711555

**Patient Name:** Tamika Howard   **DOB:** 03/24/1980

Clinic Visit Date: 02/23/2016
**Reason for your visit:**
bilateral lower back

**Problems associated with your visit include:**
<None>

**Complete Problems list:**
**Onset Date  Problem Description/ICD Code**
02/12/2016 Lumbar facet joint pain (ICD-724.8) (ICD10-M47.816)
12/28/2015 Lumbosacral radiculopathy (ICD-724.4) (ICD10-M54.17)
12/28/2015 FACET SYND W/O MYELOP, LUMBAR (ICD-721.3) (ICD10-M47.817)
12/28/2015 FACET SYND W/O MYELOP, Thoracic (ICD-721.2) (ICD10-M47.814)
12/28/2015 FACET SYND W/O MYELOP, CERVICAL (ICD-721.0) (ICD10-M47.812)

**Most recent Vitals observed:**
Height: 61 inches
Weight: 230 pounds
BMI: 43.62
Pulse Rate: 94 beats/minute
Respiration Rate: 20 breaths/minute
Blood Pressure: 127 / 86 mmHg

**Schedule Appointments:**

Procedures
 Procedure Ordered
Bilateral  facet joint injection C5-C6  C6-C7  C7-T1

Procedure Instructions:
Failure to follow these guidelines will result in cancellation!!

Take all medications except blood thinners as prescribed the day of the procedure with sips of water the
morning of your procedure
DO NOT EAT any solid food 8 hours before your procedure.
Do not eat or drink anything after midnight

You will need a driver for your procedure appointment

**Procedures and Services:**
99213-Ofc Vst, Est Level III [CPT-99213]

**Labs, Tests and Referrals ordered:**
*(Please see Order sheet for further details)*

**Pain Specialists of Greater Chicago**
7055 High Grove Blvd Suite 100  Burr Ridge, IL 60527-7593
6303719980  Fax: 6303711555

**Patient Name:** Tamika Howard   **DOB:** 03/24/1980

**Clinic Visit Date:** 03/30/2016

**Reason for your visit:**
left neck

**Problems associated with your visit include:**
<None>

**Complete Problems list:**
**Onset Date  Problem Description/ICD Code**
03/18/2016 Cervicothoracic spondylosis without myelopathy or radiculopathy (ICD-721.0) (ICD10-M47.813)
02/12/2016 Lumbar facet joint pain (ICD-724.8) (ICD10-M47.816)
12/28/2015 Lumbosacral radiculopathy (ICD-724.4) (ICD10-M54.17)
12/28/2015 FACET SYND W/O MYELOP, LUMBAR (ICD-721.3) (ICD10-M47.817)
12/28/2015 FACET SYND W/O MYELOP, Thoracic (ICD-721.2) (ICD10-M47.814)
12/28/2015 FACET SYND W/O MYELOP, CERVICAL (ICD-721.0) (ICD10-M47.812)

**Most recent Vitals observed:**
Height: 61 inches
Weight: 230 pounds
BMI: 43.62
Pulse Rate: 85 beats/minute
Respiration Rate: 17 breaths/minute
Blood Pressure: 123 / 81 mmHg

**Schedule Appointments:**

**Procedures**
 **Procedure Ordered**
**IV Sedation: yes**
**Bilateral MBB medial nerve branch block injection  C5-C8**

**Procedure Instructions:**
**Failure to follow these guidelines will result in cancellation!!**

 **Take all medications except blood thinners as prescribed the day of the procedure with sips of water the morning of your procedure**
 **DO NOT EAT any solid food 8 hours before your procedure.**
 **Do not eat or drink anything after midnight**

 **You will need a driver for your procedure appointment**

**Procedures and Services:**
99213-Ofc Vst, Est Level III [CPT-99213]

**Pain Specialists of Greater Chicago**
7055 High Grove Blvd Suite 100  Burr Ridge, IL 60527-7593
6303719980  Fax: 6303711555

March 30, 2016

Re:        Tamika Howard
DOB:       03/24/1980

To Whom It May Concern:

Tamika Howard is under my care for pain management. Tamika is diagnosed with
Cervicothoracic spondylosis without myelopathy or radiculopathy (ICD-721.0) (ICD10-
M47.813)
Lumbar facet joint pain (ICD-724.8) (ICD10-M47.816)
Lumbosacral radiculopathy (ICD-724.4) (ICD10-M54.17)
FACET SYND W/O MYELOP, LUMBAR (ICD-721.3) (ICD10-M47.817)
FACET SYND W/O MYELOP, Thoracic (ICD-721.2) (ICD10-M47.814)
FACET SYND W/O MYELOP, CERVICAL (ICD-721.0) (ICD10-M47.812)

Tamika was seen in the office today for a consultation and will be able to return back to
work on 03/31/16.  If you have any further question regarding Tamika's care, please
contact the office.

Sincerely,

Scott R. Glaser, MD
Pain Specialists of Greater Chicago

7055 High Grove Blvd Burr Ridge, Il 60527
630-371-9980/ FAX 630-371-1555

Midwest Anesthesia & Pain Spec

# Patient Day Sheet

Show all data where the Chart Number is between HOWTAMPI,HOWTAMPI

| Entry | Date | Document | POS | Description | | Provider | Code | Amount |
|-------|------|----------|-----|-------------|---|----------|------|--------|
| **HOWTAMPI** | **HOWARD, TAMIKA S** | | | | | | | |
| 2779 | 04/25/2017 | 1704270000 | 11 | | | WH | 99204 | 200.00 |
| 2829 | 05/09/2017 | 1705120000 | 11 | | | DSAO | 99214 | 175.00 |
| 2914 | 05/30/2017 | 1706070000 | 11 | | | TPAO | 99214 | 175.00 |
| 2956 | 06/13/2017 | 1706150000 | 11 | | | TP | 99214 | 175.00 |
| 3066 | 06/30/2017 | 1707060000 | 11 | paperwork | | DJS | PREPAY | -35.00 |
| 3077 | 07/11/2017 | 1707140000 | 11 | | | DSWH | 99214 | 175.00 |
| 3284 | 09/05/2017 | 1709080000 | 11 | | | WH | 99214 | 175.00 |
| 3284 | 06/30/2017 | 1709080000 | 11 | | | WH | FORMS | 35.00 |
| 3296 | 08/25/2017 | 1709110000 | 24 | | | TP | 64490 | 3,750.00 |
| 3296 | 08/25/2017 | 1709110000 | 24 | | | TP | 64491 | 3,750.00 |

| | Patient Charges | Patient Receipts | Adjustments | Patient Balance |
|---|-----------------|------------------|-------------|-----------------|
| | $8,610.00 | -$35.00 | $0.00 | $8,575.00 |

## Patient Visit Summary

**MITCHELL, SIMONE** has been evaluated for the following reason(s) stated during registration and/or triage:
Sexual assault; SA

### Medication Interactions/Allergies:
MITCHELL, SIMONE has the following Medication Interactions and/or allergies, **only if listed below**:
No Known Medication Allergies

### Diagnostic Tests & Exams:
MITCHELL, SIMONE had the following diagnostic tests and/or exams performed during this visit, **only if listed below**:

| Name | Date/Time | Status |
|------|-----------|--------|
| WET MOUNT [WM] | 11/20/2016 19:39 | Final |
| GC/CHLAMYDIA AMP PROBE | 11/20/2016 19:39 | In Process |

# Sexual Assault or Rape

Sexual assault is any sexual activity that a person is forced, threatened, or coerced into participating in. It may or may not involve physical contact. You are being sexually abused if you are forced to have sexual contact of any kind. Sexual assault is called rape if penetration has occurred (vaginal, oral, or anal). Many times, sexual assaults are committed by a friend, relative, or associate. Sexual assault and rape are never the victim's fault.

Sexual assault can result in various health problems for the person who was assaulted. Some of these problems include:

- Physical injuries in the genital area or other areas of the body.
- Risk of unwanted pregnancy.
- Risk of sexually transmitted infections (STIs).
- Psychological problems such as anxiety, depression, or posttraumatic stress disorder.

## WHAT STEPS SHOULD BE TAKEN AFTER A SEXUAL ASSAULT?
If you have been sexually assaulted, you should take the following steps as soon as possible:

- Go to a safe area as quickly as possible and call your local emergency services (911 in U.S.). Get away from the area where you have been attacked.
- **Do not** wash, shower, comb your hair, or clean any part of your body.
- **Do not** change your clothes.
- **Do not** remove or touch anything in the area where you were assaulted.
- Go to an emergency room for a complete physical exam. Get the necessary tests to protect yourself from STIs or pregnancy. You may be treated for an STI even if no signs of one are present. Emergency contraceptive medicines are also available to help prevent pregnancy, if this is desired. You may need to be examined by a specially trained health care provider.

# Advocate Christ Medical Center & Hope Children's Hospital
## Emergency Department
**4440 West 95th Street, Oak Lawn, IL 60453**
**Christ Medical Emergency Department: (708) 684 – 5360**
**Hope Children's Emergency Department: (708) 684 – 5300**

## Discharge Instructions

*Given the multitude of health plans and insurance coverage, we recommend that you check with your primary care physician and/or Health Plan to make sure that your referral, if necessary, will be covered by your insurance.*

**Patient Information**
**Name:** MITCHELL, SIMONE      **Date of Birth:** 7/22/2004 12:00 AM      **Arrival Time:** 11/20/2016 6:22 PM

**Emergency Care Provider:**

## Patient Instructions
**MITCHELL, SIMONE** has been given the following list of prescriptions, follow-up instructions, and patient education/performed procedure materials. Please read your instructions carefully:

An ER Physician has reviewed the medication list given at the time of your initial ER evaluation and considered them during treatment, prescribing, and at discharge. If there are medications that you are taking, but did not inform the physician, please consult your primary care physician.

**You/Your significant other have received examination and treatment on an emergency basis. If no specific follow-up instructions have been provided, please contact your doctor or the doctor we have referred you to within 24 hours to arrange for follow-up care. Please return to this facility if you encounter any problems, or if you are unable to contact your physician.**
**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| SUZANNE DAKIL | | Within 3 to 5 days unless otherwise instructed |

| With: | Address: | When: |
|---|---|---|
| Kimberly Souder, NP | 4440 West 95th St  Oak Lawn, IL 60453<br>7086841315 Business (1) | Within 3 to 5 days unless otherwise instructed |

Name: MITCHELL, SIMONE
MRN: CMC-001043088

Page: 1

Nov/20/2016 21:32:50

## Discharge Instructions

Your suggestions and comments are valued, so please take the time to fill out a survey when you receive one by mail.
Please feel free to call the numbers below at any time to let us know how we are doing.

| Adult Patients | Adult Patients | Pediatric Patients | Pediatric Patients | Assistant Medical |
|---|---|---|---|---|
| Cheryl Hickey | Nancy Burke | Rebecca Gierling | Michelle Tracy | Mila Felder, MD |
| Manager Emergency Services | Director Emergency Services | Manager Emergency Services | Director Ambulatory Services | Vice Chairman of Emergency Servi |
| (708) 684 - 5329 | (708) 684 - 5374 | (708) 684 - 1798 | (708) 684 - 2065 | (708) 684 - 5372 |

**IF YOU NEED ASSISTANCE FINDING A PHYSICIAN IN YOUR AREA, CALL 1-800-323-8622.** If your insurance is Medicaid/Kidcare/Illinois Health Connect and you are unable to get an appointment with the Pediatric Specialist, please call your insurance company - Illinois Health Connect at (877) 912 - 1999 for assistance.

## Facts Everyone Should Know

### SEATBELTS
There is no doubt that seatbelts save lives. Every day we treat people who are severely hurt by not wearing their seatbelts. We ALWAYS buckle up. Please do the same!

### CAR SEAT SAFETY
Children under the age of 2 years (regardless of weight) should always be positioned rear facing.
The back seat is the safest location for the placement of a child restraint.
NEVER place a rear-facing child restraint in front of an active passenger air bag.
When a child is rear-facing the shoulder straps should be at or below the shoulders of the child.
When a child is forward-facing, the shoulder straps should be at or above the shoulders of the child.
Once a child outgrows their forward-facing seat (usually by age 4 and 40 pounds), a booster seat should be used until the vehicle seat belt fits properly. Most children fit properly in a seat belt when they reach 4 feet 9 inches.
NHTSA (National Highway Traffic Safety Administration) recommends that children under 13 years of age ride in the rear seat.

### SMOKING
Smoking is a known precursor to many acute and chronic health problems. If you do smoke, please speak to your family doctor or health care professional about ways to stop smoking, or call 1-800-3-ADVOCATE for your options in smoking cessation. For information regarding smoking cessation classes call (708) 684 - 4229.

### ARE YOU SAFE?
Crisis Center for South Suburbia serves people that are affected by abuse. To access their free and confidential services, please call their 24-hour hotline at (708) 429 - 7233.

### ARE YOU PREGNANT?
The State of Illinois recommends that all pregnant women be tested for HIV. If you have not been tested during this pregnancy, please contact your Obstetrician for counseling about available testing. If your HIV status is unknown at the time of your delivery, your newborn will be tested.

Name: MITCHELL, SIMONE
MRN: CMC-001043088

Page: 3

Nov/20/2016 21:32:50





October 12, 2016

Dear Parent/Guardian,

Several weeks ago, you received a letter to introduce you to a program called TARGET. TARGET *(Trauma Affect Regulation: Guide for Education and Therapy)* teaches youth how to understand and change their reactions to stress.

I have been trying to reach you to ask about if you want to learn more about TARGET, and to ask you a few questions to find out if TARGET is the right fit for your family. If you don't want to participate or be contacted, please let me know by completing the attached postcard and returning it in the enclosed self-addressed stamped envelope, and you will be removed from the contact list. If you want to hear more about TARGET, please complete the attached postcard and let me know the best number and time to reach you, or contact me by phone (773) 884-2211 or by email at desrocht@metrofamily.org

You have the chance to participate in TARGET because you are the adoptive parent or guardian of a youth who is between the ages of 12 and 14. We know that the teen-age years can be a difficult time for many families, and may be more difficult for families formed through adoption or guardianship.

In TARGET you and your teenager will be asked to participate in approximately 8-12 sessions with a TARGET facilitator, conducted in your home and at no cost to you, to:

- Learn how TARGET skills develop different responses to stress,
- Learn new ways to respond to stress and stressors,
- Learn different ways to respond to your child's emotions and behaviors, and
- Learn about how the brain reacts to stress and trauma.

This is a research study conducted by the *National Quality Improvement Center for Adoption and Guardianship Support and Preservation* (QIC-AG), Illinois Department of Children and Families Services, and the agencies listed at the bottom of this letter. Your family has been randomly selected to participate in TARGET.

This study will assist us in learning if TARGET helps improve the experiences of families after adoption or guardianship. While we hope that TARGET will help you and families like yours, we are conducting this research to understand if it is helpful. Participation is voluntary and you or your teenager can choose to stop participating at any time.

We look forward to working with your family.

Sincerely,

Tiffany Desroches,
Outreach Coordinator

Metropolitan Family Services









**eliminating racism**
**empowering women**

# ywca

**metropolitan chicago**

YWCA Metropolitan Chicago
South Suburban Center
320 West 202nd Street
Chicago Heights, IL 60411

T: 708-754-0486
F: 312-348-2231
www.ywcachicago.org
www.yshop.org

February 27, 2018

Illinois Attorney General
Crime Victim Compensation
100 W. Randolph St.
Chicago, IL 60601

Rosemary Orellana,

I am contacting you in regards to Crime Victim Compensation for Simone Mitchell. Our facility provides sexual assault counseling and advocacy services. Duration of therapy services are from a minimum of 6 months until the client and therapist deem goals have been met. We do not diagnose and therefore are unable to provide you with a diagnosis or specific relapse schedule possibility. There are possible triggers that can cause the need for future services, but this is not predictable. There is a possibility that Simone could exhibit negative symptoms from trauma and be in need of help with self-regulation.

Previous service dates include:

Individual

| | | | |
|---|---|---|---|
| 1/4/17 | 1/11/17 | 1/18/17 | 1/25/17 |
| 2/1/17 | 2/8/17 | 2/15/17 | 2/22/17 |
| 3/1/17 | 3/8/17 | 3/15/17 | 3/22/17 |
| 4/5/17 | 4/12/17 | 4/26/17 | 5/3/17 |
| 5/24/17 | 5/31/17 | 6/7/17 | 6/29/17 |
| 7/5/17 | 7/13/17 | 7/20/17 | 9/18/17 |
| 9/25/17 | 10/2/17 | 11/6/17 | 11/20/17 |
| 11/27/17 | 12/11/17 | 12/18/18 | 1/8/18 |
| 1/22/18 | 1/29/18 | 2/26/18 | |

Parenting Group

| | | | |
|---|---|---|---|
| 4/7/17 | 4/28/17 | 5/12/17 | 5/19/17 |
| 5/26/17 | | | |

If you have any questions regarding this letter, please contact me at 312-762-2791.

 YWCA Metropolitan Chicago    ywcachicago     ywcachicago    www.yshop.org

**eliminating racism
empowering women**



**metropolitan chicago**

YWCA Metropolitan Chicago
South Suburban Center
320 West 202nd Street
Chicago Heights, IL 60411

T: 708-754-0486
F: 312-346-2231
www.ywcachicago.org
www.yshop.org

Sincerely,

Erica Washington, MA, LPC, NCC
Therapist | YWCA South Suburban Center
312-762-2791 or 708-754-0486 x 2215

 

**STATEMENT**

**South Park Pediatrics**
15821 South Park Avenue
South Holland, IL 60473-1506
708-225-0200

| IF PAYING BY CREDIT CARD FILL OUT BELOW | |
|---|---|
| CARD TYPE | AMOUNT |
| CARD NUMBER | EXP. DATE |
| SIGNATURE | AUTH CODE |

| MAKE CHECKS PAYABLE TO | TAX PAYER ID |
|---|---|
| South Park Pediatrics | 474923017 |

| STATEMENT DATE | RESP. PARTY NO. | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 12-13-2017 | r2084 | $48.55 | |

Simone Mitchell
3520 Birchwood
Hazelcrest, IL 60429

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DIAGNOSIS CODE | DATE | PROCEDURE CODE | PROV CODE | DESCRIPTION | CHARGE | PATIENT AMOUNT | INSURANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | **Patient: SIMONE MITCHELL (2087)** | | | |
| Z00.121 | 11-03-17 | 99394 | WAW | PREV VISIT EST AGE 12-17 | 175.00 | | 175.00 |
| | 11-13-17 | | | Insurance payment: ins004 | | | -138.92 |
| | 11-15-17 | | | Contractual adjustment: bcbs | | | -36.08 |
| Z00.121 | 11-03-17 | 99212 | WAW | OFFICE/OUTPATIENT VISIT EST | 95.00 | | 95.00 |
| | 11-13-17 | | | Insurance payment: ins004 | | | 0.00 |
| | 11-15-17 | | | Contractual adjustment: bcbs | | | -46.45 |
| | 11-15-17 | | | Deductible transfer: bcbs | | 48.55 | -48.55 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PAY THIS AMOUNT | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| $48.55 | $0.00 | $0.00 | $0.00 | $0.00 | | $48.55 | $0.00 |

**Flores, Gely**

| | |
|---|---|
| **From:** | WasteMan601Ops@sedgwickcms.com |
| **Sent:** | Wednesday, November 23, 2016 9:34 AM |
| **To:** | Flores, Gely; Smith, Elisa; Thoman, Sara; Schuiteman, Sarah |
| **Subject:** | Leave Request for Howard / 192518 |

A leave of absence has been requested for Tamika Howard/Employee ID: 192518:

| | |
|---|---|
| Employee ID: | 192518 |
| Case #: | 301668840020001IFN |
| Date of Intake: | November 21, 2016 |
| Leave Type: | Family Leave |
| Case Type: | Intermittent |
| Begin Date: | December 21, 2016 |
| End Date: | January 21, 2017 |
| Leave Status: | Conditional |

If you are not the supervisor of this employee please forward this notice to the correct supervisor. Also, please contact your HR Representative to have company records updated to reflect the correct supervisor. If you do not know who the correct supervisor is, please contact your HR Representative immediately.

If your employee is going to be on an extended LOA, and does not need access to WM systems while on leave, you are asked to email the WM Information Technology Service Center (ITSC) to request a "Suspension of the employee's Network Logon ID." In your email to the ITSC, please be sure to identify the Employee, his/her Work Location, Email Address, Employee ID, and the expected return to work date, if available. Once the employee returns from Leave, you may request reactivation of the Logon ID. Without this "Suspension Request," accounts that are inactive for more than 90 days are routinely deleted.

Please do not reply to this notification. If you have any questions regarding the information provided, please contact WM TOPS at 877-216-8677. You may also check the status of this claim 24 hours a day, 7 days a week through mywmtotalrewards.com or from the TOPS link on the Visor WM Applications page.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

**Flores, Gely**

| | |
|---|---|
| **From:** | Howard, Tamika |
| **Sent:** | Tuesday, March 6, 2018 8:42 AM |
| **To:** | Flores, Gely |
| **Subject:** | Tamika Howard Time off data for Daughters Claim |
| **Attachments:** | simon doc 2015 2016 time.docx   192518 |

Hello Gely, I was finally able to break down my time used from 11/20/2016 till current for my daughter's case. I am sure I may have missed a few days but this is an idea hour serious this situation has affected my work and family life.

Please feel free to let me know if you have any questions.

Thank You,

Tamika Howard

1

## approval to leave

From:  Howard, Tamika (thoward4@wm.com)

To:    THoward4@wm.com

Cc:    howardtamika@yahoo.com

Date:  Tuesday, February 18, 2014 at 04:20 PM CST

Howard, Tamika 2:52 PM
was I approved to leave early since I have class Tues, Wed, Thur?
Thoman, Sara 2:52 PM
yes just stay as long as possible
Howard, Tamika 2:54 PM
I can stay til about 4:30 poss 5pm
Thoman, Sara 2:55 PM
thanks
Howard, Tamika 2:55 PM
Thank You


**Tamika Howard**
Customer Service Representative
Tel 800 796 9696
Fax 866 863 4834
www.thoward4@wm.com

**Waste Management**
**700 E Butterfield Rd**
Downers Grove, IL 60515
    Facebook I Twitter

---

**Recycling is a good thing. Please recycle any printed emails.**

## WM RESI

From: Howard, Tamika (thoward4@wm.com)

To: howardtamika@yahoo.com

Date: Monday, May 19, 2014 at 05:50 PM CDT

Thoman, Sara 8:27 AM
### resi is getting slammed i will be gating you to assist hopefully i can take you off around 9
Robinson, Dawn 8:27 AM
OKE DOKE
Howard, Tamika 8:27 AM
well I am getting yelled at by dispatch
Thoman, Sara 8:28 AM
### why?
Howard, Tamika 8:31 AM
about a mistake on a ticket, Dan just helped me correct it.

**Tamika Howard**
**Customer Service Representative**
Tel 800 796 9696
Fax 866 863 4834
www.thoward4@wm.com

**Waste Management**
**700 E Butterfield Rd**
Downers Grove, IL 60515
    Facebook | Twitter

Dated 5.21.14 noted



Welcome!

Welcome, Tamika Howard.

Your current skills:
MOVAICRBilling (2723), ILLINOISPOLSWPPrem (2233), ILLINOISJUNK (1593), MOVAICR (772), ILLINOISIBCSALES (114), MOVAICRPickup (2722), MOVAIBCSALES (185), ILLINOISDUMMY (1506), ILLINOISICRBilling (2727), ILLINOISICRPickup (2726), ILLINOISICR (1846)

Calls will be sent to 6306529159

Ok

Dated 5.21.14 noted



**Welcome!**

Welcome, Tamika Howard.

Your current skills:
MOVAICRBilling (2723), ILLINOISPOLSWPPrem (2233), ILLINOISJUNK (1593), MOVAICR (772), ILLINOISIBCSALES (114), MOVAICRPickup (2722), MOVAIBCSALES (185), ILLINOISDUMMY (1506), ILLINOISICRBilling (2727), ILLINOISICRPickup (2726), ILLINOISICR (1846)

Calls will be sent to 6306529159

Ok

## Jade log in @ 8:26 Switched Resi

From:  Howard, Tamika (thoward4@wm.com)

To:  howardtamika@yahoo.com

Cc:  THoward4@wm.com

Date:  Friday, September 26, 2014 at 08:27 AM CDT

.

**Tamika Howard**
Customer Service Representative
Tel 800 796 9696
Fax 866 863 4834
www.thoward4@wm.com

**Waste Management**
**700 E Butterfield Rd**
Downers Grove, IL 60515
        Facebook I Twitter

---

**Recycling is a good thing. Please recycle any printed emails.**



## Howard, Tamika

| | |
|---|---|
| **From:** | Howard, Tamika |
| **Sent:** | Wednesday, January 24, 2018 2:21 PM |
| **To:** | Godinez, Omar |
| **Subject:** | RE: TOUGH MORNING |

Heyyyy, lol I have an entire folder Sir, there is no discrimination on points.

---

**From:** Godinez, Omar
**Sent:** Wednesday, January 24, 2018 1:36 PM
**To:** Howard, Tamika <THoward4@wm.com>
**Subject:** RE: TOUGH MORNING

Please see your Supervisor.

Do you ever get points though?

---

**From:** Howard, Tamika
**Sent:** Wednesday, January 24, 2018 1:08 PM
**To:** Godinez, Omar <ogodinez@wm.com>
**Subject:** RE: TOUGH MORNING

Thank You, so does that mean I will not receive a point for being just a little bit late today?

---

**From:** Godinez, Omar
**Sent:** Wednesday, January 24, 2018 12:58 PM
**To:** Acevedo, Monique <maceved7@wm.com>; Alvarez, Edward <ealvare6@wm.com>; Amador, Gabriela <gamador@wm.com>; Anderson, LaSheila <LAnders2@wm.com>; Aranda Benitez, Marbella <maranda2@wm.com>; Arroyo, Eduardo <earroyo@wm.com>; Bates, Stephanie <sbates3@wm.com>; Bell, Ashley <abell6@wm.com>; Belmont, Lavada <lbelmont@wm.com>; Benson, Kristal <KBenson@wm.com>; Bielak, Donna <dbielak@wm.com>; Bigus, Victoria <vbigus@wm.com>; Bond, Sherron <sbond3@wm.com>; Brazley, Dorian <dbrazley@wm.com>; Brooks, Alesha <abrooks1@wm.com>; Brooks, Amanda <abrooks2@wm.com>; Brooks, Riley <rbrooks5@wm.com>; Bryant, Amanda <abryant7@wm.com>; Burl, Zeaira <zburl@wm.com>; Calderon, Miranda <mcalder4@wm.com>; Caldwell, Cymone <ccaldwe6@wm.com>; Callahan, Beverly <bcallah3@wm.com>; Cammon, Nikia <ncammon1@wm.com>; Castillo, Veronica <vcastil4@wm.com>; Chavez, Alejandro <achavez8@wm.com>; Crittenden, Abriel <acritte1@wm.com>; Delaney, Angel <adelaney@wm.com>; Docto, Joan <jdocto@wm.com>; Ezell, Christina <cezell1@wm.com>; Finn, Janet <jfinn@wm.com>; Fitch, Robin <rfitch2@wm.com>; Ford, Brenda <bford3@wm.com>; Foster, Paul <pfoster1@wm.com>; Franco, Hugo <hfranco@wm.com>; Gaddy, Breana <bgaddy@wm.com>; Gaddy, Nicole <ngaddy@wm.com>; Godinez, Omar <ogodinez@wm.com>; Gomez, Jackey <JGomez1@wm.com>; Gonzalez, Jorge <jgonza74@wm.com>; Gordon, Anthony <agordon4@wm.com>; Gray, Mariah <mgray5@wm.com>; Gutierrez, Cesar <cgutier4@wm.com>; Guzman, Denise <dguzman3@wm.com>; Hardy, Cindy <chardy5@wm.com>; Hart, Marissa <mhart5@wm.com>; Howard, Tamika <THoward4@wm.com>; Howery, Lachelle <lhowery@wm.com>; Jenkins, Johnada <jjenki16@wm.com>; Jenkins, Tanika <tjenkins2@wm.com>; Johnson II, Denorvelle <djohns75@wm.com>; Johnson III, Charles <cjohns57@wm.com>; Johnson, Naomi <njohns16@wm.com>; Jones, Latrina <ljones44@wm.com>; Joseph-Jackson, Shantia <sjoseph8@wm.com>; Klukis, Debbie <DKlukis@wm.com>; Krause, Jason <jkrause@wm.com>; Kusreau, Rachel <RKusreau@wm.com>; Kwon, Philip <pkwon@wm.com>; Leach, Gloria <gleach@wm.com>; Liberty, Racara <rliberty@wm.com>; Loeza, Marco <mloeza@wm.com>; Mack, Toni <TMack@wm.com>; Marshall, LaDonna <lmarsha5@wm.com>; Martin, Ashanna <amarti48@wm.com>; Martinez, Agustin <amarti13@wm.com>; Martinez,

1

Anthony <amarti49@wm.com>; Mattox, Eboni <EMattox@wm.com>; Mcaleer, Amy <amcaleer@wm.com>; McDaniel, Jane <JMcDani1@wm.com>; McGee, Patress <pmcgee2@wm.com>; Meyer, Jacob <jmeyer7@wm.com>; Mills, Sherri <SMills@wm.com>; Murga, Dario <dmurga@wm.com>; Nation, Brad <bnation@wm.com>; Needham, Alexis <aneedham@wm.com>; Oliverio, Amelia <aoliveri@wm.com>; Orjales, Julia <jorjales@wm.com>; Overton, Jonnita <joverton@wm.com>; Pacheco, Heather <hpacheco@wm.com>; Perkins, Vinson <vperkins@wm.com>; Peterson, Elizabeth <epeters2@wm.com>; Ramos, Gloria <gramos5@wm.com>; Rembert, LaMonique <lrembert@wm.com>; Richardson, Abby <aricha16@wm.com>; Richardson, Jocelyn <jricha25@wm.com>; Rimmer, Charmaine <crimmer@wm.com>; Robles, Hortencia <hrobles1@wm.com>; Rojas, Jessica <jrojas4@wm.com>; Rosenthal, Max <mrosent1@wm.com>; Sabedra, Christine <csabedra@wm.com>; Santiago, Crystal <CSantia1@wm.com>; Scardino, Wayne <wscardin@wm.com>; Schuiteman, Sarah <SSchuite@wm.com>; Selvaggio, Katherine <kselvagg@wm.com>; Serrano, Jenny <jserra10@wm.com>; Severn, Christopher <csevern@wm.com>; Soberal, Marisol <Msoberal@wm.com>; Spencer, Brian <bspence4@wm.com>; Stancle, Monique <mstancle@wm.com>; Steinmetz, Kevin <ksteinm1@wm.com>; Stewart, Teela <tstewar9@wm.com>; Tankson, Laura <ltankson@wm.com>; Thoman, Sara <SThoman@wm.com>; Thomas, Kristan <kthoma12@wm.com>; Triplett, Alexandria <atriplet@wm.com>; Underhill, Natalie <nunderhi@wm.com>; Van Diggelen, Nancy <nvandig@wm.com>; Vargas, Carolina <cvargas5@wm.com>; Warren, Lauren <lwarren1@wm.com>; White, Christopher <cwhite22@wm.com>; White, Krystle <kwhite17@wm.com>; Wiley, Adonis <awiley1@wm.com>; Wilkerson, Theresa <twilkers@wm.com>; Wilson, Latanya <lwilso13@wm.com>; Woods, Tanisha <twoods6@wm.com>; Yurjevich, Emily <eyurjevi@wm.com>; Zogas, Lynn <lzogas@wm.com>
**Subject:** TOUGH MORNING

I want every one of you to know that everyone (Supervisors, Team Leads, CSRs, ICRs, DCRs, Coordinators, OA, Dispatch, OPS, Sales, CUSTOMERS) appreciates your dedication to come in today.

For many of you, it was a long drive in or through a different route given the big impact to the road conditions in some areas.

> Thank you for being safe on your way to work
> Thank you for being here for each other
> Thank you for being here for our customers

It does not go unnoticed. We all appreciate your dedication.

Thank you TEAM.

**Omar Godinez**
Area Manager - Customer Experience
IL/MV Area
ogodinez@wm.com

**Waste Management**
700 E Butterfield Rd
Lombard, IL 60148
Office  630 652 9247
Mobile 630 461 4797

| | |
|---|---|
| **Subject:** | FW: 2nd Opportunity of my concerns w Elisa Smith |
| **From:** | Howard, Tamika (THoward4@wm.com) |
| **To:** | thoward2@student.govst.edu; |
| **Cc:** | howardtamika@yahoo.com; |
| **Date:** | Friday, February 17, 2017 8:35 AM |

**From:** Howard, Tamika
**Sent:** Friday, February 17, 2017 8:34 AM
**To:** Overton, Nichole <NOverton@wm.com>
**Cc:** Howard, Tamika <THoward4@wm.com>
**Subject:** 2nd Opportunity of my concerns w Elisa Smith

Here is an example of a Lync conversation, She immediately accuses me of something without asking the nature of the call nor what happened or listening to the call before  insisting I did something wrong.





**Tamika Howard**

Customer Service Representative

Tel 800 796 9696

Fax 866 863 4834

www.thoward4@wm.com

**Waste Management**

**Subject:** FW: Opportunity with Elisa as I am leaving for the day

**From:** Howard, Tamika (THoward4@wm.com)

**To:** THoward4@wm.com; howardtamika@yahoo.com;

**Date:** Friday, March 3, 2017 8:57 AM

Note to self when she sent the lync message it was 1:57 or 1:58

**From:** Howard, Tamika
**Sent:** Thursday, March 02, 2017 1:10 PM
**To:** 'Hamilton, Nicole' <NHamilto@wm.com>
**Cc:** Howard, Tamika <THoward4@wm.com>; Tamika Howard (howardtamika@yahoo.com) <howardtamika@yahoo.com>
**Subject:** Opportunity with Elisa as I am leaving for the day







| | |
|---|---|
| **Subject:** | Resi call |
| **From:** | Howard, Tamika (THoward4@wm.com) |
| **To:** | THoward4@wm.com; |
| **Cc:** | howardtamika@yahoo.com; |
| **Date:** | Thursday, February 15, 2018 4:17 PM |



Tamika Howard

Customer Service Representative

Tel 800 796 9696

Fax 866 863 4834

www.thoward4@wm.com

**Waste Management**

**700 E Butterfield Rd**
Downers Grove, IL 60515

Facebook | Twitter

**Recycling is a good thing. Please recycle any printed emails.**

| | |
|---|---|
| **Subject:** | Trouble submitting order Hartel, Kimberly |
| **From:** | Howard, Tamika (THoward4@wm.com) |
| **To:** | THoward4@wm.com; |
| **Cc:** | howardtamika@yahoo.com; |
| **Date:** | Monday, February 19, 2018 11:52 AM |

Having trouble submitting sale force orders again, same error message "There was a data issue with your submission. Please post on the Sales Operations chatter page



**Tamika Howard**

Customer Service Representative

Tel 800 796 9696

Fax 866 863 4834

www.thoward4@wm.com



| Subject: | FW: Opportunity, residential transfer opportunity |
|---|---|
| From: | Howard, Tamika (THoward4@wm.com) |
| To: | howardtamika@yahoo.com; |
| Date: | Wednesday, March 28, 2018 12:47 PM |

**From:** Howard, Tamika
**Sent:** Thursday, March 15, 2018 12:03 PM
**To:** Soberal, Marisol <Msoberal@wm.com>; Krause, Jason <jkrause@wm.com>
**Subject:** Opportunity, residential transfer opportunity

Please ask residential to please probe the customers before transferring. It seems when they are in doubt they just transfer calls to ICR, this is occurring more. This possibly have not been a WM customer, requesting to remove two carts, the name on the cart is Leys possible.



Tamika Howard

Customer Service Representative

Tel 800 796 9696

Fax 866 863 4834

www.thoward4@wm.com

Waste Management

700 E Butterfield Rd
Downers Grove, IL 60515

| | |
|---|---|
| **Subject:** | FW: Opportunity trans Residential calls to ICR (2nd time today) |
| **From:** | Howard, Tamika (THoward4@wm.com) |
| **To:** | howardtamika@yahoo.com; |
| **Date:** | Wednesday, March 28, 2018 12:46 PM |

**From:** Howard, Tamika
**Sent:** Monday, March 19, 2018 2:30 PM
**To:** Krause, Jason <jkrause@wm.com>; Soberal, Marisol <Msoberal@wm.com>
**Subject:** Opportunity trans Residential calls to ICR (2nd time today)



**Tamika Howard**

Customer Service Representative

Tel 800 796 9696

Fax 866 863 4834

www.thoward4@wm.com

**Waste Management**

**700 E Butterfield Rd**
Downers Grove, IL 60515

Facebook | Twitter

**Subject:** FW: Opportunity for reis transferring calls to ICR that are Resin accounts

**From:** Howard, Tamika (THoward4@wm.com)

**To:** howardtamika@yahoo.com;

**Date:** Wednesday, March 28, 2018 2:45 PM

**From:** Howard, Tamika
**Sent:** Monday, March 26, 2018 2:55 PM
**To:** Soberal, Marisol <Msoberal@wm.com>
**Subject:** Opportunity for reis transferring calls to ICR that are Resin accounts



Tamika Howard

Customer Service Representative

| | |
|---|---|
| **Subject:** | FW: Please assist per SF Order #S3008382356 Bedford, Elizabeth DEL 3.29.18 |
| **From:** | Howard, Tamika (THoward4@wm.com) |
| **To:** | howardtamika@yahoo.com; |
| **Date:** | Wednesday, March 28, 2018 5:13 PM |

**From:** Howard, Tamika
**Sent:** Wednesday, March 28, 2018 5:10 PM
**To:** DL-Setup Research_IL_MO Valley <SetupResearch_IL_MOValley@wm.com>
**Subject:** Please assist per SF Order #S3008382356 Bedford, Elizabeth DEL 3.29.18
**Importance:** High

Please assist per SF Order #S3008382356 Bedford, Elizabeth  NBT  DEL 3.29.18, received SF error "SF is not defined"



| | |
|---|---|
| **Subject:** | FW: Please assist per SF Order# S3008270081 Smith, Debra DEL 2.23.18 |
| **From:** | Howard, Tamika (THoward4@wm.com) |
| **To:** | howardtamika@yahoo.com; |
| **Date:** | Thursday, March 29, 2018 11:49 AM |

**From:** Schuiteman, Sarah
**Sent:** Monday, February 26, 2018 9:03 AM
**To:** Howard, Tamika <THoward4@wm.com>
**Subject:** RE: Please assist per SF Order# S3008270081 Smith, Debra DEL 2.23.18

Was this resolved? Thanks.

**From:** Howard, Tamika
**Sent:** Thursday, February 22, 2018 12:38 PM
**To:** Schuiteman, Sarah <SSchuite@wm.com>; Robles, Hortencia <hrobles1@wm.com>
**Subject:** FW: Please assist per SF Order# S3008270081 Smith, Debra DEL 2.23.18

**From:** Howard, Tamika
**Sent:** Thursday, February 22, 2018 12:32 PM
**To:** DL-Setup Research_IL_MO Valley <SetupResearch_IL_MOValley@wm.com>
**Subject:** Please assist per SF Order# S3008270081 Smith, Debra DEL 2.23.18

Please assist per SF Order# S3008270081 Smith, Debra DEL 2.23.18 unable to process – receiving an error message "there was a data issue with your submission. Please post on the Sales Operations chatter page"

I also submit issue on chatter & OTC

Print



**Tamika Howard**

Customer Service Representative

Tel 800 796 9696

Fax 866 863 4834

www.thoward4@wm.com

**Waste Management**

**700 E Butterfield Rd**
Downers Grove, IL 60515

Facebook | Twitter

| Subject: | SF unable to process Order |
|---|---|
| From: | Howard, Tamika (THoward4@wm.com) |
| To: | howardtamika@yahoo.com; |
| Date: | Thursday, March 29, 2018 10:10 AM |

New Tab    x   WM Customer Search    x   Unable to Process Requ...   x

← → C   🔒 Secure | https://wmcrm--c.na6.visual.force.com/apex/docGenWizardStep1

::: Apps   ••• CSR Account Admin   WM Customer Searc   🗋 WM Today

### Unable to Process Request
#### Concurrent requests limit exceeded.

To protect all customers from excessive usage and Denial of
Service attacks, we limit the number of long-running requests that
are processed at the same time by an organization. Your request
has been denied because this limit has been exceeded by your
organization. Please try your request again later.

back

**Tamika Howard**

Customer Service Representative

Tel 800 796 9696

Fax 866 863 4834

www.thoward4@wm.com

**Waste Management**

**700 E Butterfield Rd**
Downers Grove, IL 60515

Facebook | Twitter