# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Tamika Howard,

Plaintiff(s),

v.

Waste Management of Illinois, Inc. et al.,

Defendant(s).

Case No. 22-cv-6175
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $              ,

    which ☐ includes          pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Failure to comply with Court Order. Case dismissed without prejudice for want of prosecution.

This action was *(check one)*:

☐ tried by a jury with Judge             presiding, and the jury has rendered a verdict.
☐ tried by Judge           without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion

Date: 7/6/2023                                        Thomas G. Bruton, Clerk of Court

                                                              Carolyn Hoesly, Deputy Clerk